# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS REMICK, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | No. 20-1959 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **24th** day of **April 2020**, after conducting a status conference with the parties via telephone, it is **ORDERED** that:

1. Defendants shall file a response to Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order (Document No. 18) by **Friday, May 1, 2020**.

2. The parties shall report on the status of settlement discussions to the Court by **Monday, May 4, 2020**.

3. A telephone conference will be held on **Thursday, May 7, 2020** at 10:00 a.m.

**BY THE COURT:**

  /s/ Berle M. Schiller
**Berle M. Schiller, J.**