**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS REMICK, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | No. 20-1959 |
| Defendants. | : | |

**INTERIM ORDER**

**AND NOW**, this **6th** day of **January 2021**, the Court's Order of December 29, 2020 (Document No. 58) is supplemented as follows. **IT IS HEREBY ORDERED** that:

1. *Immediate report of test results from December 7, 2020 through January 5, 2021.* Because the agreed-upon period for testing all incarcerated people was modified to include December 7, 2020 through January 13, 2021, and because the Philadelphia Department of Prisons ("PDP") to date has only reported the fact that tests were administered on January 4, 2021, the PDP shall **immediately** report to Plaintiffs' counsel and the Court the results of the tests completed from December 7, 2021 through January 5, 2021. This reporting shall include the results of these tests, by housing area, in all facilities of the PDP, including, for each housing unit, the total number of people tested and the numbers of positive and negative results.

2. *Benchmarks for ending shelter in place protocols.* By **Friday, January 8, 2021,** in addition to the PDP's proposed operations/management plan for improving out-of-cell time going forward, the PDP will submit the benchmarks it will use to determine when it will end its current shelter-in-place protocol.

3. *Provision of Deputy Warden certifications of compliance.* In the Court's Order of December 17, 2020 (Document No. 55), this Court ordered the PDP to provide Plaintiffs'

counsel with Deputy Warden certifications of compliance on a weekly basis starting the week of **December 28, 2020.** As this portion of the Court's Order was not[1] the subject of the PDP's Motion for Reconsideration (Document No. 57), by **Thursday, January 7, 2021,** the PDP will submit to Plaintiffs' counsel the Deputy Warden certifications ordered by the Court in its December 17, 2020 Order (ECF No. 55). Thereafter, the PDP will provide the certifications to Plaintiffs' counsel each Tuesday for the previous week.

**BY THE COURT:**

  /s/ Berle M. Schiller
**Berle M. Schiller, J.**

---

[1] *See* Paragraph 5 of this Court's December 17, 2020 Order (Document No. 55) (details requirements for written certifications by the Deputy Wardens). PDP's Motion for Reconsideration (Document No. 57) asks the Court to modify paragraphs 3 and 4 of the Order. The proposed order included with PDP's Motion refers only to paragraphs 3 and 4 of the Court's December 17, 2020 Order.