Dwayne Henry
#924442
6301 State Rd
Phila Pa 19136



May 20, 2021

RE: Motion for Contempt and Intervene
C.A. 20-1595

To Clerk of Court:

Please find enclose plaintiff Motion for Contempt and Intervene. Due to Covid-19 Restriction plaintiff is unable to make photocopy. Plaintiff is requesting that this court accept. Plaintiff handwritten copy and file the motion as is in above case no: 20-1595

Thank you
Dwayne Henry

Note: Please return a time stamp copie for the plaintiff at the above address.

Note: Exhibits can not make copys of due to Covid-19

Note: Handwritten copy made

IN THE UNITED STATES DISTRICT COURT FOR
the EASTERN DISTRICT OF PENNSYLVANIA

Remick et al
    Plaintiffs

V.

City of Philadelphia
    et al
    Defendants

Civil Action No:
20-1959

## MOTION FOR CONTEMPT and TO INTERVENE

Plaintiff, Dwayne Henry, Pursuant to Rule 70(A) Fed. R. Civ. P., and Rule 23(d), Fed. R. Civ. P., Requests that A Motion For Contempt Be Granted And Sanctions Be Imposed to Compensate Losses Caused by the defendants AND There officers, agents, servents, employees and attorneys noncompliance violating the Partial settlement agreement AND Permit Plaintiff To intervene And Present Claims or defenses or otherwise Come into the action. Applicable hereto;

1.) Rule 70(A), Fed. R. Civ. P., Provides, in part, that:
"If A Party fails to Perform A Specific act Require by A Judgement," the Court "may order the act be done - at the expense- by another Person.

2.) On June 3, 2021 Judge Berle Schiller, of the United states District Court for the Eastern District of Pennsylvania approved A Partial settlement agreement, which Provided Plaintiff (A Third Party beneficiary) several Covid-19

Pg 1 of

Related Protected Measures for Plaintiff and all Persons confined in the Philadelphia Department of Prisons (PDP) (see EX A)

3.) Dispite measures set forth in the court order The Defendants and there agents, officers, servents, employees, and attorneys has continuously violated the approved Partial settlement agreement measures Related to the Protected measures alongside other Constitutional Rights Violations against Plaintiff and others, support by declarations and other Documents submitted (see EX A1, A2, A3, A4, A5)

4.) Further, Rule 23(d) authorizes the court to permit Plaintiff (Third Party beneficiary) to intervene and Present claims or defenses or otherwise come into the Action.

Accordingly, Plaintiff seeks a find of Contempt and a order For coercive Damages and Damages to compensate Plaintiff for Damages caused by the defendants, and there officer, agents, servents, employees and attorneys For violation of the approved Partial settlement agreement. And a order for appropriate sanctions imposed to compel obedience.

Date: 5-20-21

Respectfully submitted
Duayne Henry
#924442
PICC
8301 State Road
Phila, Pa 19136

Pg 2 of

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Remick et al
   Plaintiffs

V.                                    Case No: 20-1959

City of Philadelphia et al
   Defendants

Declaration in support of Plaintiffs Motion
For Contempt and Intervene

1.) I am the Plaintiff, Dwayne Henry, A Third Party beneficiary, I make this declaration in support of my motion for contempt and to intervene.

2.) As set forth in Plaintiff motion for contempt/Intervene I at all time relevent to this matter was and is a person confined in the Philadelphia Department of Prison (PDP) specificly "PICC" on June 3, 2021 up until now.

3.) Due to the novel coronavirus that cause Covid-19 which has spreaded across the globe, hundreds of thousands of people have been infected and thousands have died, including persons confined in the "PDP". Protected measures for all persons confined in "PDP" has already been settled upon in the above case and all Third Party beneficiary were place on constructive notice. (EX A)

4.) However, immediately following the factual settlement agreement Judge Berle Schiller approved of on June 3, 2021, The defendants and there officers, and agents, servents, employees have been Retaliating against Plaintiff For being A Third party beneficiary by violating numerous Covid-19 Protective measures. Plaintiff and many other Third Party beneficiary have submitted Grievance's, appeals and other documentation including verbally expression of noncompliance. (see ex A1, 2, 3, 4 5.)

5.) On 1-14-21 Plaintiff in Another civil Action filed in the Same District Court (Case No. 20-05115) A Preliminary Injunction and Temporary Restraining order Regarding The defendant's agents, officers, servants, employees Retaliating against Plaintiff by violation of the Protective measures alongside other Constitutional violations. (EX B)

6.) Further, on 2·3·21 in The United States District Court For The Eastern District of Pennsylvania A hearing was held Before The Honorable Edward Smith and Issues Relating to Protective Measures alongside other Constitutional violation were heard, Judge Smith order Plaintiff to File an "Amended Complaint Raise All claims and or The defendants Attorney to investigate and Answer those claims. (See EX C, D, E)

7.) However, in Direct violation of these Two orders Judge Berle Schiller approved of and in Direct violation of Judge Smith's order The defendant's continued violating all orders which is Now Fully Documented and witnessed by multip Third party beneficiary and Prison officials who are willing to come forward. (T/F)

8.) Along with these events described. Therefore the plaintiff Dwayne Henry now wish to intervene and present claims, or defenses, or otherwise come into the action as authorized by Rule 23(d) and request compensation for the losses caused by the defendants there officers, agents servents, employees and attorney for present and pass noncompliance.

9.) I am suffering irreparable harm in form of continued physical and mental pain and suffering and an incresing risk that plaintiff will contract the spreading Covid-19 virus which inmates are now using as a weapon by intentional spreading (EX H).

10.) For the reasons set forth in the motion for contempt and intervene filed with supporting declaration, the plaintiff is entitled to compensatory damage of $2,500,000 USC and appropriate sanctions imposed to compel obedience to a lawful court(s) order(s) and sanction for the time spent having to bring this contempt supported by declaration and other documents that show noncompliance by "clear and convincing evidence" Slater V. Army & Air Force Exchange service, 376 F.3d 386, 396

11.) For the for going reasons, The court should grant the plaintiff's motion in all respect.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATE: 5-20-21

Dwayne Henry
#924412
83d State Rd
Phila PA 19136

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF Pennsylvania

Remick et al
Plaintiffs

V.

City of Phila
et al
Def's

Case No: 20-1959

Certificate of service

Your undersigned hereby certifies that a copy of the forgoing document has been served upon the person below via first class Mail; to

Clerk of Court, EDPa
Rm 2609 601 Market St
Phila, Pa 19106

on this 20th day of March 2021

In Good Faith

Dwayne Henry
# 924442
8301 State Rd
Phila Pa 19106

Handwritten copy
Covid-19

Dwayne Henry
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 924442




Clerk of Court, EDPa
RM 2609
601 Market St
Phila PA, 19106



Dwayne Henry
Philadelphia Department of Prisons
Philadelphia, PA 19136