IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS REMICK, et al., on behalf of themselves and all others similarly situated, : : : **Plaintiffs-Petitioners,** : : v. : : CITY OF PHILADELPHIA; and BLANCHE CARNEY, in her official capacity as Commissioner of Prisons, : : : : **Defendants-Respondents.** | No. 2:20-cv-01959-BMS |

## ORDER

**AND NOW**, this 23rd day of June, 2021, upon consideration of Plaintiffs' Motion for Contempt and Sanctions (ECF No. 71), Defendants' Response in Opposition to Plaintiffs' Motion for Contempt and Sanctions (ECF No. 73), and a Settlement Agreement signed by the parties on June 22, 2021, it is **HEREBY ORDERED**:

1. The Court approves the Settlement Agreement that is attached to this Order.

2. The parties shall comply with the terms of the June 22, 2021 Settlement Agreement.

3. Plaintiffs' Motion for Contempt and Sanctions, having been withdrawn, is denied without prejudice to their right to seek additional relief from the Court, including a motion for contempt and sanctions should the Defendants fail to comply with the Court's Orders and/or a motion to enforce the Settlement Agreement.

BY THE COURT:

_____
Berle M. Schiller, J.