# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS REMICK, et al., on behalf of themselves and all others similarly situated, | : : : | No. 2:20-cv-01959-BMS |
| Plaintiffs-Petitioners, | : : | |
| v. | : : | |
| CITY OF PHILADELPHIA, et al. | : : | |
| Defendants-Respondents. | : | |

## CERTIFICATE OF SERVICE

    I hereby certify on this date that a copy of the foregoing Response in Opposition to Plaintiffs' Third Amended Motion for Class Certification and all accompanying papers were filed via the Court's electronic filing system and are available for viewing and downloading

Dated: February 11, 2021            /s/ *Danielle B. Rosenthal*
                                                      Danielle B. Rosenthal