**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS REMICK, et al., on behalf of themselves and all others similarly situated,** | : | **No. 2:20-cv-01959-BMS** |
| | : | |
| **Plaintiffs-Petitioners,** | : | |
| | : | |
| **v.** | : | |
| **CITY OF PHILADELPHIA; and BLANCHE CARNEY, in her official capacity as Commissioner of Prisons,** | : | |
| | : | |
| **Defendants-Respondents.** | : | |

### Notice of Withdrawal of Motion to Compel Discovery

Please be advised that Plaintiffs hereby withdraw without prejudice their Motion to Compel Discovery that was filed on February 16, 2022.

Respectfully submitted,

*/s/ Su Ming Yeh*
Su Ming Yeh (PA 95111)
*/s/ Matthew A. Feldman*
Matthew A. Feldman (PA 326273)
*/s/ Grace Harris*
Grace Harris (PA 328968)
*/s/ Sarah Bleiberg*
Sarah Bleiberg (PA 327951)
PENNSYLVANIA INSTITUTIONAL
LAW PROJECT
718 Arch St., Suite 304S
Philadelphia, PA 19106
(215)-925-2966
smyeh@pailp.org
mfeldman@pailp.org
gharris@pailp.org
sbleiberg@pailp.org

*/s/ David Rudovsky*
David Rudovsky (PA 15168)
*/s/ Jonathan H. Feinberg*
Jonathan H. Feinberg (PA 88227)
*/s/ Susan M. Lin*
Susan Lin (PA 94184)
KAIRYS, RUDOVSKY, MESSING,
FEINBERG, & LIN, LLP
718 Arch Street, Suite 501S
Philadelphia, PA 19106
(215) 925-4400
drudovsky@krlawphila.com
jfeinberg@krlawphila.com
slin@krlawphila.com

*/s Bret Grote*  
Bret Grote (PA 317273)  
*/s Nia Holston*  
Nia Holston (PA 327384)  
*/s Rupalee Rashatwar*  
Rupalee Rashatwar (FL 1011088)*  
ABOLITIONIST LAW CENTER  
PO Box 31857  
Philadelphia, PA 19104  
(412) 654-9070  
bretgrote@abolitionistlawcenter.org  
nia@alcenter.org  
rupalee@alcenter.org

*/s/ Will W. Sachse*  
Will W. Sachse (PA 84097)  
*/s/ Benjamin R. Barnett*  
Benjamin R. Barnett (PA 90752)  
*/s/ Mary H. Kim*  
Mary H. Kim*  
*/s/ Nicolas A. Novy*  
Nicolas A. Novy (PA 319499)  
DECHERT LLP  
Cira Centre  
2929 Arch Street  
Philadelphia, PA 19104-2808  
(215) 994-2496  
Will.Sachse@dechert.com  
Ben.Barnett@dechert.com  
Mary.Kim@dechert.com  
Nicolas.Novy@dechert.com

\* indicates counsel who will seek admission or *pro hac vice* admission

*Attorneys for Petitioners/Plaintiffs*

DATE:  February 17, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2022, I electronically filed the foregoing notice to withdraw Plaintiffs' Motion to Compel Discovery with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: February 17, 2022

*/s/ Nia O. Holston*