IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS REMICK, et al., on behalf of themselves and all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiffs-Petitioners, | : : : | |
| v. | : : : | |
| CITY OF PHILADELPHIA; and BLANCHE CARNEY, in her official capacity as Commissioner of Prisons, | : : : : | |
| Defendants-Respondents. | : : | No. 20-1959 |

## ORDER

**AND NOW**, this **23rd** day of **March, 2022**, following a conference with the parties on March 22, 2022, and upon consideration of Defendant's Motion to Postpone Evidentiary Hearing On Plaintiffs' Motion for Preliminary Injunction, and Plaintiffs' response thereto, it is hereby **ORDERED** that the motion (ECF No. 156) is **DENIED**. The hearing on Plaintiffs' Motion for Preliminary Injunction will proceed as scheduled, beginning on Tuesday, March 29, 2022.

BY THE COURT:

_/s/ Berle M. Schiller_
_____
**Berle M. Schiller, J.**