IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS REMICK, et al., on behalf of themselves and all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiffs-Petitioners, | : : : | |
| v. | : : | |
| CITY OF PHILADELPHIA; and BLANCHE CARNEY, in her official capacity as Commissioner of Prisons, | : : : : : | No. 20-1959 |
| Defendants-Respondents. | : | |

### ORDER

**AND NOW**, this **28th** day of **March, 2022**, following a conference with the parties on March 28, 2022, it is hereby **ORDERED** that the hearing on Plaintiffs' Motion for Preliminary Injunction (ECF No. 128), previously scheduled to begin on March 29, 2022, is rescheduled for April 25, 2022.

BY THE COURT:

/s/ Berle M. Schiller
Berle M. Schiller, J.