IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS REMICK, et al., on behalf of themselves and all others similarly situated, | : : : | No. 2:20-cv-01959-BMS |
| Plaintiffs, | : : : | |
| v. | : : | |
| CITY OF PHILADELPHIA; and BLANCHE CARNEY, in her official capacity as Commissioner of Prisons, | : : : : | |
| Defendants. | : : | |

**ORDER**

**AND NOW**, this __13th__ day of _____April_____, 2022, upon consideration of the Motion Seeking Preliminary Approval of the parties' proposed Class Action Settlement, it is HEREBY ORDERED as follows:

1. The Settlement Agreement jointly submitted by the parties is preliminarily approved.

2. The Court preliminarily approves the stipulation of the parties that "for settlement purposes only, and without an admission by Defendants of a violation of any federal civil right, the parties agree that this Agreement meets the requirements of 18 U.S.C. §3626(a)(1)."

3. The Court also preliminarily approves the stipulations between the parties as to no admissions of liability or wrongdoing on the part of Defendants, the lack of effect of the Agreement in other legal actions, and the release and termination provisions of the Agreement.

4. The Notice submitted in conjunction with the Parties' Joint Motion for Preliminary Approval is approved and (after the dates for the hearing and related deadlines are filled in) shall be used to notify the class and subclass.

5. On or before Wednesday, April 20, 2022, the "Notice to the Class" shall be posted on each housing unit, at the law libraries, and on the PDP electronic communications system (e.g., tablets), and shared by Plaintiffs' counsel in response to requests for information from class members.

6. The Court finds that this notice plan is reasonable and constitutes due, adequate and sufficient notice to all persons entitled to receive notice of the proposed settlement and meets all applicable requirements of law, including, but not limited to, Federal Rule of Civil Procedure 23 and the Due Process Clause of the Fourteenth Amendment of the United States Constitution.

7. Objections to or comments regarding the Settlement Agreement will be considered by the Court at the Fairness Hearing if submitted to Counsel in writing on or before Thursday, May 5, 2022.  The objections or comments shall be sent to:

   > Pennsylvania Institutional Law Project
   > Attn: Remick Lawsuit
   > 718 Arch Street, Suite 304 South
   > Philadelphia, PA 19106
   >
   > City of Philadelphia Law Department
   > Attn: Anne Taylor, Chief Deputy City Solicitor
   > 1515 Arch Street, 14th Floor
   > Philadelphia, PA 19102

8. On or before Thursday, May 19, 2022, a joint motion for final approval shall be filed by the parties.

9. The parties shall promptly exchange all copies of comments or objections to the Settlement Agreement and jointly submit them to the Court no later than five (5) days prior to the Fairness Hearing.

10. A Fairness Hearing to address any objections or comments to the proposed Settlement Agreement shall be held on Wednesday, July 6, 2022, at 10:00 a.m. in Courtroom 13B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____

J.