IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS REMICK, et al., : | |
| Plaintiffs, : | |
| : | Civil Action |
| v. : | No. 20-cv-01959 |
| : | |
| CITY OF PHILADELPHIA, et al., : | |
| Defendants. : | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly withdraw the appearance of Meghan E. Claiborne as counsel for Defendants, the City of Philadelphia & Blanche Carney, in the above entitled matter.

Date: June 8, 2022

*/s/ Meghan E. Claiborne*
Meghan E. Claiborne

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS REMICK, et al.,** : | |
| Plaintiffs, : | |
| : | **Civil Action** |
| v. : | **No. 20-cv-01959** |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was filed via the Court's electronic filing system and is available for downloading by all parties of record.

Date: June 8, 2022

*/s/ Meghan E. Claiborne*
Meghan E. Claiborne