IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS REMICK, NADIYAH WALKER, JAY DIAZ, MICHAEL ALEJANDRO, MICHAEL DANTZLER, ROBERT HINTON, JOSEPH WEISS, JOSEPH SKINNER, SADDAM ABDULLAH, and JAMES BETHEA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA; and BLANCHE CARNEY, in her official capacity as Commissioner of Prisons, <br> Defendants. | : : : : : : : : : : : : No. 20-1959 (BMS) : : : : : |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly withdraw the appearance of Craig M. Straw as counsel for Defendants City of Philadelphia and Blanche Carney in the above entitled matter.

Respectfully submitted:

Date: September 20, 2022

/s/ CS963
CRAIG M. STRAW
First Deputy City Solicitor
City of Philadelphia Department of Law
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5442
*craig.straw@phila.gov*