Ralph W. McClain, Jr.
#814451, CFCF
7901 State Road
Philadelphia, PA 19136

August 16, 2023

~~George W. Wylesol~~
George Wylesol, Clerk of Court
United States District Court
Eastern District of Pennsylvania
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Remick v. Philadelphia, #20-1959

Dear Mr. Wylesol:

Enclosed for filing in the above class action is:
1) "Motion for Copies of Monitor Reports...";
2) "(Proposed) Order to Show Cause and (TRO)";
3) "Motion to Intervene, for Contempt and for Extraordinary Class Member Supplementation ((TRO))";
4) "Declaration in Support of Motion to Intervene...";
5) "Memorandum of Law in Support..."

I had to do it all by hand on front and back of line paper. Please make sure each side scans to the ECF for all to be seen for the Court's review. Thank you!

Ralph W. McClain, Jr.

Enclosure (6)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS REMICK, et al., Plaintiffs, v. CITY OF PHILADELPHIA and BLANCHE CARNEY, Commissioner, Defendants. | CIVIL ACTION #20-1959 |

## MOTION FOR COPIES OF MONITOR REPORTS, RECOMMENDATIONS AND FILINGS

Class Member Plaintiff Ralph W. McClain, Jr., hereby makes motion for copies of all monitor reports, recommendations and filings related to the consent decree in this case, and other documents of record in the case, including:

1) Materials regarding law library from #7 of Settlement Agreement.
2) Materials regarding out-of-cell time from #2 of Settlement Agreement.
3) Monitor protocols of duties, functions and responsibilities of monitor (from #19 of Settlement Agreement).
4) Plans for return to normal PDP operations (from #4 of Settlement Agreement).

(1)



5) Court approved terms and conditions of policies to facilitate monitoring process (from #19 of Settlement Agreement).
6) All Monitor reports and recommendations.
7) Settlement Agreement and Consent Decree Order signed by Judge Schiller.
8) 3/21/22 Bruce Herdman, PDP Chief of Medical Operations, deposition transcript.

WHEREFORE, Class Member McClain asks that the Court direct for Class Counsel to immediately provide Mr. McClain with copies of the documents described and enumerated.

Respectfully submitted,

Ralph W. McClain, Jr.
Class Member Plaintiff - Pro se
#814451, C.F.C.F.
7901 State Road
Philadelphia, PA 19136

Date: 8/10/23

(2)



Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 763653

RECEIVED
AUG 28 2023
BY:_____

U.S.D.C. - E.D.Pa.

Clerk of Court
United States District Court
Eastern District of Pennsylvania
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106