IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS REMICK, et al.,  :  CIVIL ACTION
    Plaintiffs,  :
    v.  :  #20-1959
CITY OF PHILADELPHIA and  :
BLANCHE CARNEY, Commissioner,  :
    Defendants.  :

## ORDER TO SHOW CAUSE
## AND TEMPORARY RESTRAINING ORDER

Upon supporting declaration of Intervening Class Member Plaintiff Ralph W. McClain, Jr., and accompanying memorandum of law, it is

ORDERED that Defendants City of Philadelphia and Commissioner Blanche Carney show cause in Room ____ of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on the ____ day of _____, 2023, at __:__ am/pm, why Ralph W. McClain, Jr., should not be permitted to intervene in this civil action, pursuant to Rule 23(d), Fed. R. Civ. P., and be granted extraordinary class member status to prosecute civil contempt claims for non-compliance with active consent decree order and supplemental claims and/or

-1-

decrees.

IT IS FURTHER ORDERED, that effective immediately, and pending the hearing and determination of this matter, Defendants City of Philadelphia and Commissioner Carney shall arrange for, Mr. McClain ~~the petitioner~~ to be provided continuity of psychiatric treatment, prescribed by Department of Corrections Doctors for serious mental illness diagnosis of schizoaffective disorder, consisting of pharmaceutical drugs Latuda and Doxepin, for Mr. McClain to be provided individual and/or group psychotherapy for 2-3 hours per week, for Mr. McClain to be examined by a qualified urology specialist for evaluation of genitourinary conditions and a prescription for a course of physical therapy as necessary, for Mr. McClain to be provided daily time in prison law library to litigate active criminal and civil court cases, for Mr. McClain's inmate phone account to be reactivated and Mr. McClain to be permitted to make phone calls daily, for Mr. McClain's incoming inmate mail to be delivered to Mr. McClain, and for Mr. McClain's outgoing inmate mail to be turned over to the U.S. Postal Service.

IT IS FURTHER ORDERED, that this order

-2-

to show cause, and all other papers attached to this application, shall be served on Defendants City of Philadelphia and Commissioner Carney by _____, 2023, and the U.S. Marshals Service is hereby directed to effectuate such service.

BY THE COURT:

_____
B. SCHILLER, S.J.
United States District Court

