9/23/23   ⟨Ralph McClain/814451⟩

Dear George Wylesol;

Please send copies of my docket sheets and Remick class action docket sheet to Mr. Jones for me (Akhenathon Jones, #963653, CFCF, 7901 State Rd., Phila., PA 19136).

1) McClain v. Hilty, #22-1728.
2) McClain v. Shaylor, #19-5148.
3) Remick v. City of Phila, #20-1959.

CFCF officials have been holding all of my incoming mail (including legal mail from courts and lawyers), and not sending out any of my outgoing mail (Suo Nomine), since early July.

I need to know if my Amended Complaint was filed and served in Hilty, if my motions for Documents cue to Warden and for Judicial Notice to Prison Commissioner were recieved, filed, and ruled on in Hilty and Shaylor, if counsel has entered appearance(s) for me in Hilty and/or Shaylor (from the Prisoners' Civil Rights Panel reviews), and if my Motions for TROs and Preliminary Injunctions hearings in Hilty and (intervening) Remick v. City of Phila.

In courtesy with my good standing under your office, please, Sir.

Thank you!

Mr. Jones assures he'll relay me the info.
   — Ralph McClain