# UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF PENNSYLVANIA**
**U.S. COURTHOUSE**
**INDEPENDENCE MALL WEST**
**601 MARKET STREET**
**PHILADELPHIA, PA. 19106-1797**

**10/2/23**

**RALPH MCCLAIN, JR.**
814451
C.F.C.F.
7901 STATE ROAD
PHILADELPHIA, PA 19136

    In response to your letter requesting the status of your case, according to the docket as of this date, the following has been filed in **22-cv-1728, 19-cv-5148, and 20-cv-1959.**

    (  ) Motion for

    (  ) Order granted / denied (see attached entry).

    (  ) Complaint filed on.

    (  ) Summons executed / un-executed (see attached entry).

    (  ) No legal advice. Please contact the institution's Law Library

    (  ) Please contact the Marshals with any questions concerning service.

    (  ) Enclosed are some forms for your convenience.

    (  ) For the last Order, please see attached.

    ( X) Docket Sheet is attached for 22-cv-1728. Last 3 pages of the Dockets or 19-cv-5148 and 20-cv-1959 are attached.