| Date | Doc # | Description |
|---|---|---|
| | | BE RETURNED TO THE CUSTODY OF THE PHILADELPHIA DEPARTMENT OF PRISONS. (jp) (Entered: 03/22/2022) |
| 03/22/2022 | | WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED FOR JOHN HART (PP# 1115334) FOR TUESDAY (MARCH 29), WEDNESDAY (MARCH 30), AND THURSDAY (MARCH 31), 2022, AT 9:00 A.M. UNTIL DISMISSED TO APPEAR BEFORE THE HONORABLE BERLE M. SCHILLER FOR A HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AT 601 MARKET STREET, PHILADELPHIA, PENNSYLVANIA, IN COURTROOM 13B. IMMEDIATELY UPON TERMINATION OF THE HEARING, JOHN HART WILL BE RETURNED TO THE CUSTODY OF THE PHILADELPHIA DEPARTMENT OF PRISONS. (jp) (Entered: 03/22/2022) |
| 03/22/2022 | | WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED FOR JERRICK RAINEY (PP# 1111942) FOR TUESDAY (MARCH 29), WEDNESDAY (MARCH 30), AND THURSDAY (MARCH 31) 2022, AT 9:00 A.M. UNTIL DISMISSED TO APPEAR BEFORE THE HONORABLE BERLE M. SCHILLER FOR A HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AT 601 MARKET STREET, PHILADELPHIA, PENNSYLVANIA, IN COURTROOM 13B. IMMEDIATELY UPON TERMINATION OF THE HEARING, JERRICK RAINEY WILL BE RETURNED TO THE CUSTODY OF THE PHILADELPHIA DEPARTMENT OF PRISONS. (jp) (Entered: 03/22/2022) |
| 03/23/2022 | 161 | ORDER THAT FOLLOWING A CONFERENCE WITH THE PARTIES ON MARCH 22, 2022, AND UPON CONSIDERATION OF DEFENDANTS MOTION TO POSTPONE EVIDENTIARY HEARING ON PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION, AND PLAINTIFFS RESPONSE THERETO, IT IS HEREBY ORDERED THAT THE MOTION (ECF NO. 156) IS DENIED. THE HEARING ON PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION WILL PROCEED AS SCHEDULED, BEGINNING ON TUESDAY, MARCH 29, 2022. SIGNED BY HONORABLE BERLE M. SCHILLER ON 3/23/2022.3/23/2022 ENTERED AND COPIES E-MAILED.(sg) (Entered: 03/23/2022) |
| 03/24/2022 | 162 | Exhibit List by BLANCHE CARNEY, CITY OF PHILADELPHIA.. Certificate of Service (TAYLOR, ANNE) (Entered: 03/24/2022) |
| 03/24/2022 | 🔒 163 | Witness List by BLANCHE CARNEY, CITY OF PHILADELPHIA. Certificate of Service (TAYLOR, ANNE) (Entered: 03/24/2022) |
| 03/28/2022 | 164 | ORDER THAT THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION 128 , PREVIOUSLY SCHEDULED TO BEGIN ON MARCH 29, 2022, IS RESCHEDULED FOR APRIL 25, 2022. SIGNED BY HONORABLE BERLE M. SCHILLER ON 3/28/22. 3/28/22 ENTERED & E-MAILED.(fdc) (Entered: 03/28/2022) |
| 04/12/2022 | 165 | Joint MOTION for Approval *Preliminary Approval of Class Action Settlement* filed by SADDAM ABDULLAH, MICHAEL ALEJANDRO, JAMES BETHEA, MICHAEL DANTZLER, JAY DIAZ, MICHAEL FLYNN, TROY HARLEY, ROBERT HINTON, NASIR LEWIS, CHRISTIAN MALDONADO, CLAY PIZARRO, DYQUILL PLEDGER, THOMAS REMICK, JOSEPH SKINNER, NADIYAH WALKER, JOSEPH WEISS.Memorandum, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1: Settlement Agreement, # 3 Exhibit 2: Proposed Notice to Class)(YEH, SU MING) (Entered: 04/12/2022) |
| 04/13/2022 | 166 | ORDER THAT UPON CONSIDERATION OF THE MOTION SEEKING PRELIMINARY APPROVAL OF THE PARTIES PROPOSED CLASS ACTION SETTLEMENT, IT IS HEREBY ORDERED AS FOLLOWS: THE SETTLEMENT AGREEMENT JOINTLY SUBMITTED BY THE PARTIES IS PRELIMINARILY APPROVED. THE COURT PRELIMINARILY APPROVES THE STIPULATION OF THE PARTIES THAT FOR SETTLEMENTPURPOSES ONLY, AND WITHOUT AN ADMISSION BY DEFENDANTS OF A VIOLATION OF ANY FEDERALCIVIL RIGHT, ETC.A FAIRNESS HEARING TO ADDRESS ANY OBJECTIONS OR COMMENTS TO THE PROPOSED SETTLEMENTAGREEMENT SHALL BE HELD ON WEDNESDAY, JULY 6, 2022, AT 10:00 A.M. IN COURTROOM13B, UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PENNSYLVANIA.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 4/13/2022. 4/13/2022 ENTERED AND COPIES E-MAILED.(sg) (Entered: 04/13/2022) |
| 05/09/2022 | 167 | MOTION TO INTERVENE, filed by MICHEAL BRADLEY..(sg) (Entered: 05/10/2022) |
| 05/09/2022 | 168 | MOTION FOR CONTEMPT/SANCTION, filed by MICHEAL BRADLEY..(sg) (Entered: 05/10/2022) |
| 05/12/2022 | | Cannot locate correct prisoner ID or location for movant MICHEAL BRADLEY. (lisad, ) (Entered: |

| Date | Doc # | Description |
|---|---|---|
| | | 05/12/2022) |
| 05/25/2022 | 169 | ORDER THAT UPON CONSIDERATION OF THE RECOMMENDATION OF THE PARTIES TO APPOINT A MONITOR AND AFTER A REVIEW OF THE PROPOSED MONITORING AGREEMENT AND PROTOCOL, IT IS HEREBY ORDERED: 1. CATHLEEN BELTZ IS HEREBY APPOINTED AS THE INDEPENDENT MONITOR PURSUANT TO THE TERMS OF THE SETTLEMENT AGREEMENT WHICH HAS BEEN GIVEN PRELIMINARY APPROVAL BY THIS COURT. 2. THE COURT APPROVES AND ADOPTS THE ATTACHED MONITORING AGREEMENT AND PROTOCOL. ETC.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 5/25/2022. 5/25/2022 ENTERED AND COPIES E-MAILED.(sg) (Entered: 05/25/2022) |
| 06/06/2022 | 170 | NOTICE of Appearance by SHANNON G. ZABEL on behalf of BLANCHE CARNEY, CITY OF PHILADELPHIA(ZABEL, SHANNON) (Entered: 06/06/2022) |
| 06/06/2022 | 171 | ORDER THAT UPON CONSIDERATION OF PLAINTIFF-CLASS MEMBER MICHAEL BRADLEYS MOTION TO INTERVENE AND MOTION FOR CONTEMPT/SANCTION, IT IS HEREBY ORDERED THAT THE MOTIONS (ECF NOS. 167-68) ARE DENIED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 6/6/2022.6/6/2022 ENTERED AND COPIES MAILED TO PRO SE AND E-MAILED.(sg) (Entered: 06/06/2022) |
| 06/08/2022 | 172 | NOTICE of Withdrawal of Appearance by MEGHAN E. CLAIBORNE on behalf of All Defendants (CLAIBORNE, MEGHAN) (Entered: 06/08/2022) |
| 06/22/2022 | 173 | Joint MOTION for Approval of *Class Action Settlement* filed by SADDAM ABDULLAH, MICHAEL ALEJANDRO, JAMES BETHEA, MICHAEL DANTZLER, JAY DIAZ, MICHAEL FLYNN, TROY HARLEY, ROBERT HINTON, NASIR LEWIS, CHRISTIAN MALDONADO, CLAY PIZARRO, DYQUILL PLEDGER, THOMAS REMICK, JOSEPH SKINNER, NADIYAH WALKER, JOSEPH WEISS.Memorandum, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(FELDMAN, MATTHEW) (Entered: 06/22/2022) |
| 07/12/2022 | 🔒 174 | Minute Entry for proceedings held before HONORABLE BERLE M. SCHILLER FAIRNESS HEARING held on 7/6/22. Court Reporter: ESR. (JL) (Entered: 07/12/2022) |
| 07/12/2022 | 175 | MEMORANDUM AND/OR OPINION. SIGNED BY HONORABLE BERLE M. SCHILLER ON 7/12/2022. 7/12/2022 ENTERED AND COPIES E-MAILED.(sg) (Entered: 07/12/2022) |
| 07/12/2022 | 176 | ORDER THAT THE JOINT MOTION (ECF NO. 173) IS GRANTED AS OUTLINED HEREIN. PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 128) AND DEFENDANTS MOTION TO DISMISS (ECF NO. 148) ARE DISMISSED AS MOOT. THIS CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE FOR STATISTICAL PURPOSES. SIGNED BY HONORABLE BERLE M. SCHILLER ON 7/12/2022. 7/12/2022 ENTERED AND COPIES E-MAILED.(sg) Modified on 7/13/2022 (lisad, ). (Entered: 07/12/2022) |
| 07/21/2022 | 177 | Certified Copy of Order from U.S. Court of Appeals for the Third Circuit. Re: Order that in accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to FRAP 42(b), without cost to either party. (fdc) (Entered: 07/21/2022) |
| 07/29/2022 | 178 | MOTION FOR CONTEMPT, filed by THOMAS BRADLEY..(sg) (Entered: 08/02/2022) |
| 08/08/2022 | 179 | MOTION FOR CONTEMPT/INTERVENE, filed by HASAN JONES..(sg) (Entered: 08/10/2022) |
| 09/20/2022 | 180 | NOTICE of Withdrawal of Appearance by CRAIG M. STRAW on behalf of BLANCHE CARNEY, CITY OF PHILADELPHIA(STRAW, CRAIG) (Entered: 09/20/2022) |
| 11/04/2022 | 181 | NOTICE OF MONITORS FIRST REPORT by CATHLEEN BELTZ (Attachments: # 1 EMAIL)(sg) (Entered: 11/04/2022) |
| 11/08/2022 | 182 | NOTICE of Withdrawal of Appearance by BENJAMIN R. BARNETT on behalf of All Plaintiffs (BARNETT, BENJAMIN) (Entered: 11/08/2022) |
| 01/18/2023 | 183 | CONFIDENTIALITY. SIGNED BY HONORABLE BERLE M. SCHILLER ON 1/17/23. 1/17/23 ENTERED & E-MAILED.(fdc) (Entered: 01/18/2023) |
| 01/31/2023 | 184 | ORDER THAT PLAINTIFF-CLASS MEMBER THOMAS BRADLEYS MOTION FOR CONTEMPT (ECF 178) AND PLAINTIFF-CLASS MEMBER HASAN JONES MOTION FOR CONTEMPT/INTERVENE (ECF 179), IT IS ORDERED THAT THE MOTIONS (ECF 178 AND 179) ARE DENIED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 1/31/23.2/1/23 ENTERED AND COPIES E-MAILED.(lisad, ) (Entered: 02/01/2023) |

| 03/03/2023 | 185 | MONITORS SECOND REPORT, by CATHLEEN BELTZ. (Attachments: # 1 COVER LETTER)(sg) (Entered: 03/03/2023) |
|---|---|---|
| 03/29/2023 | 186 | NOTICE of Appearance by BENJAMIN R. BARNETT on behalf of SADDAM ABDULLAH, MICHAEL ALEJANDRO, JAMES BETHEA, MICHAEL DANTZLER, JAY DIAZ, ROBERT HINTON, THOMAS REMICK, JOSEPH SKINNER, NADIYAH WALKER, JOSEPH WEISS (BARNETT, BENJAMIN) (Entered: 03/29/2023) |
| 03/29/2023 | 187 | NOTICE by SADDAM ABDULLAH, MICHAEL ALEJANDRO, JAMES BETHEA, MICHAEL DANTZLER, JAY DIAZ, ROBERT HINTON, THOMAS REMICK, JOSEPH SKINNER, NADIYAH WALKER, JOSEPH WEISS *Joint Notice of Filing Certain Plaintiffs' Exhibits for Preliminary Injunction Hearing* (Attachments: # 1 Table of Contents, # 2 CFCF DW Certificates 5/24/2021- 6/10/2022, # 3 PICC DW Certificates 5/24/2021- 6/10/2022, # 4 DC Photos 5/24/2021 - 6/10/2022, # 5 RCF DW Certificates 5/24/2021 - 6/10/2022, # 6 Use of Force Reports 5/24/2021 - 6/10/2022) (BARNETT, BENJAMIN) (Entered: 03/29/2023) |
| 08/28/2023 | 188 | MOTION FOR COPIES OF MONITOR REPORTS, RECOMMENDATIONS AND FILIINGS, filed by RALPH W. MCCLAIN..(sg) (Entered: 08/30/2023) |
| 08/28/2023 | 189 | MOTION TO INTERVENE FOR CONTEMPT AND FOR EXTRAORDINARY CLASS MEMBER SUPPLEMENTATION, filed by RALPH W. MCCLAIN.. (Attachments: # 1 PROPOSED ORDER TO SHOW CAUSE)(sg) (Entered: 08/30/2023) |
| 09/05/2023 | 190 | ORDERED THAT CLASS MEMBER RALPH W. MCCLAIN'S MOTION TO INTERVENE IS DENIED. MCCLAIN'S MOTION FOR COPIES OF MONITOR REPORTS, RECOMMENDATIONS AND FILINGS IS DENIED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 9/5/2023.9/5/2023 ENTERED AND COPIES E-MAILED. NOT MAILED TO PRO SE.(sg) (Entered: 09/05/2023) |
| 09/06/2023 | | PAPER #190 MAILED TO PRO SE (JL) (Entered: 09/06/2023) |