10/2/23, 11:13 AM    Case 2:20-cv-01959-BMS   Document 192-2   Filed 10/02/23   Page 1 of 4
United States District Court Eastern District of Pennsylvania

PPANEL,SUSPENSE

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:22-cv-01728-NIQA
# Internal Use Only

MCCLAIN v. HILTY et al  
Assigned to: HONORABLE NITZA I QUINONES ALEJANDRO  
related Case: 2:19-cv-05148-NIQA  
Case in other court:  Philadelphia Court of Common Pleas, 210101455  
Cause: 28:1441 Notice of Removal- Civil Rights Act

Date Filed: 05/04/2022  
Date Terminated: 09/13/2023  
Jury Demand: Both  
Nature of Suit: 550 Prisoner Petitions: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

RALPH MCCLAIN, JR.    represented by   RALPH MCCLAIN, JR.  
814451  
C.F.C.F.  
7901 STATE ROAD  
PHILADELPHIA, PA 19136  
PRO SE

V.

**Defendant**

LT. WILLIAM HILTY    represented by   KATHRYN FARIS  
City of Philadelphia Law Department  
Civil Rights Unit  
1515 Arch Street  
Philadelphia  
Philadelphia, PA 19102  
215-683-5445  
Email: kathryn.faris@phila.gov  
*TERMINATED: 02/22/2023*  
*LEAD ATTORNEY*

**Adam Ross Zurbriggen**  
City of Philadelphia, Law Department  
Civil Rights Unit  
One Parkway Building  
1515 Arch Street  
Ste 14th Floor  
Philadelphia, PA 19102  
352-214-0377  
Email: adam.zurbriggen@phila.gov  
*ATTORNEY TO BE NOTICED*

**Defendant**

DEPUTY XAVIER BEAUFORT    represented by   KATHRYN FARIS  
(See above for address)  
*TERMINATED: 02/22/2023*  
*LEAD ATTORNEY*

**Adam Ross Zurbriggen**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| Date | Doc # | Description |
|---|---|---|
| 05/04/2022 | 1 | NOTICE OF REMOVAL by XAVIER BEAUFORT, WILLIAM HILTY (Filing fee $ 402 receipt number APAEDC-15899273), filed by XAVIER BEAUFORT, WILLIAM HILTY.(FARIS, KATHRYN) (Main Document 1 replaced on 5/5/2022) (sbt). (Entered: 05/04/2022) |
| 05/12/2022 | 2 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by XAVIER BEAUFORT, WILLIAM HILTY.Memorandum, Certificate of Service.(FARIS, KATHRYN) (Entered: 05/12/2022) |
| 06/17/2022 | 3 | MOTION TO STRIKE AND FOR EXTENSION OF TIME, WITH CERTIFICATE OF SERVICE, FILED BY RALPH MCCLAIN, JR.(amas) (Entered: 06/22/2022) |
| 06/22/2022 | 4 | ORDER THAT THE MOTION TO STRIKE IS DENIED. THE MOTION FOR AN EXTENSION OF TIME IS GRANTED. PLAINTIFF SHALL HAVE UNTIL 7/29/22, TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS. SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 6/22/22.6/23/22 ENTERED AND COPIES MAILED TO PRO SE; E-MAILED.(amas) (Entered: 06/23/2022) |
| 06/22/2022 |  | Set/Reset Deadlines as to 2 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . RESPONSES DUE BY 7/29/2022. (amas) (Entered: 06/23/2022) |
| 06/24/2022 | 5 | Brief in Opposition re 2 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by RALPH MCCLAIN, JR. (va) (Entered: 06/27/2022) |
| 06/29/2022 | 6 | Original Record together with certified copy of docket entries received from Court of Common Pleas of PHILADELPHIA County. (amas) (Entered: 06/29/2022) |
| 09/22/2022 | 7 | ORDER THAT DEFENDANTS' MOTION TO DISMISS (DOC. NO. 2 ) IS DENIED. SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 9/21/22.9/22/22 ENTERED AND COPIES NOT MAILED TO PRO SE; E-MAILED.(amas) (Entered: 09/22/2022) |
| 09/22/2022 |  | Doc. 7 mailed to pro se. (er) (Entered: 09/22/2022) |
| 09/26/2022 | 8 | ANSWER to Complaint by XAVIER BEAUFORT, WILLIAM HILTY.(FARIS, KATHRYN) (Entered: 09/26/2022) |
| 09/27/2022 | 9 | ORDER THAT, ON OR BEFORE 10/27/22, THE PARTIES SHALL EACH FILE A DISCOVERY PLAN. THE PARTIES SHALL COMMENCE DISCOVERY IMMEDIATELY. SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 9/27/22. 9/27/22 ENTERED AND COPIES MAILED TO PRO SE; E-MAILED.(amas) (Entered: 09/27/2022) |
| 10/13/2022 | 10 | PLAINTIFF'S DISCOVERY PLAN, WITH CERTIFICATE OF SERVICE, FILED BY RALPH MCCLAIN, JR.(amas) (Entered: 10/14/2022) |
| 10/26/2022 | 11 | Discovery Plan by XAVIER BEAUFORT, WILLIAM HILTY.(FARIS, KATHRYN) (Entered: 10/26/2022) |
| 11/01/2022 | 12 | SCHEDULING ORDER THAT THE PARTIES MAY REQUEST A REFERRAL TO MAGISTRATE JUDGE LYNNE A. SITARSKI FOR SETTLEMENT. ALL FACT DISCOVERY IS DUE BY 3/3/23. DISPOSITIVE MOTIONS ARE DUE BY 3/29/23. FURTHER DEADLINES OUTLINED HEREIN. SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 10/31/22. 11/1/22 ENTERED AND COPIES E-MAILED.(amas) (Entered: 11/01/2022) |
| 01/13/2023 | 13 | MOTION to Depose *an Incarcerated Individual* filed by XAVIER BEAUFORT, WILLIAM HILTY.certificate of service.(FARIS, KATHRYN) (Entered: 01/13/2023) |
| 01/13/2023 | 14 | ORDER THAT THE MOTION (DOC. NO. 13 ) IS GRANTED. ACCORDINGLY, DEFENDANTS ARE PERMITTED TO DEPOSE PLAINTIFF RALPH MCCLAIN, JR. (#NP7661), AN INCARCERATED PERSON, AT A TIME, DATE, AND MANNER CONVENIENT TO THE PARTIES AND THE ADMINISTRATION AT THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS. SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 1/13/23.1/17/23 ENTERED AND COPIES MAILED TO PRO SE;E-MAILED.(amas) (Entered: 01/17/2023) |
| 02/13/2023 | 15 | NOTICE of Change of Address by RALPH MCCLAIN, JR(amas) (Entered: 02/14/2023) |
| 02/15/2023 |  | MAILED OUT ORDER ENTRY 14 TO PLAINTIFF ON 2/15/23. (jaa, ) (Entered: 02/15/2023) |
| 02/17/2023 | 16 | MOTON TO EXTEND DEADLINES, WITH CERTIFICATE OF SERVICE, FILED BY RALPH MCCLAIN, JR.(amas) (Entered: 02/21/2023) |
| 02/22/2023 | 17 | NOTICE of Appearance by Adam Ross Zurbriggen on behalf of XAVIER BEAUFORT, WILLIAM HILTY with Certificate of Service(Zurbriggen, Adam) (Entered: 02/22/2023) |

| Date | # | Description |
|---|---|---|
| 02/22/2023 | 18 | NOTICE of Withdrawal of Appearance by KATHRYN FARIS on behalf of XAVIER BEAUFORT, WILLIAM HILTY(FARIS, KATHRYN) (Entered: 02/22/2023) |
| 02/23/2023 | 19 | REVISED SCHEDULING ORDER THAT THE MOTION IS GRANTED AND THE DEADLINES ARE REVISED AS OUTLINED HEREIN. FACT DISCOVERY IS DUE BY 5/2/23. DISPOSITIVE MOTIONS ARE DUE BY 5/30/23. SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 2/22/23. 2/22/23 ENTERED AND COPIES E-MAILED.(amas) (Entered: 02/23/2023) |
| 03/17/2023 | 20 | MOTION TO COMPEL DISCOVERY, WITH CERTIFICATE OF SERVICE, FILED BY RALPH MCCLAIN, JR.(amas) (Entered: 03/20/2023) |
| 03/23/2023 | 21 | RESPONSE in Opposition re 20 MOTION to Compel *Certificate of Service* filed by XAVIER BEAUFORT, WILLIAM HILTY. (Attachments: # 1 Exhibit A - Defendants' Answers and Objections to Plaintiff's Request for Production)(Zurbriggen, Adam) (Entered: 03/23/2023) |
| 03/24/2023 | 22 | ORDER THAT PLAINTIFF'S MOTION TO COMPEL DISCOVERY (DOC. NO. 20 ) IS DENIED AS MOOT. SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 3/24/23.3/24/23 ENTERED AND COPIES NOT MAILED TO PRO SE; E-MAILED.(amas) (Entered: 03/24/2023) |
| 03/24/2023 |  | Copy of order #22 mailed to pro se RALPH W. MCCLAIN, JR. (afm) (Entered: 03/24/2023) |
| 04/10/2023 | 23 | MOTION TO COMPEL PRODUCTION OF UNREDACTED DOCUMENTS DISCOVERY, WITH CERTIFICATE OF SERVICE, FILED BY RALPH MCCLAIN, JR.(amas) (Entered: 04/11/2023) |
| 04/10/2023 | 24 | Letter dated 4/4/23 by RALPH MCCLAIN, JR (sbt) (Entered: 04/14/2023) |
| 04/14/2023 | 25 | Letter dated 4/14/23 Re: Status Update (Attachments: # 1 Docket Sheet)(sbt) (Entered: 04/14/2023) |
| 04/25/2023 | 26 | RESPONSE in Opposition re 23 MOTION to Compel *Certificate of Service* filed by XAVIER BEAUFORT, WILLIAM HILTY. (Zurbriggen, Adam) (Entered: 04/25/2023) |
| 04/27/2023 | 27 | MOTION FOR STAY AND EXTENSION OF DEADLINES, WITH CERTIFICATE OF SERVICE, FILED BY RALPH MCCLAIN, JR.(amas) (Entered: 04/28/2023) |
| 04/27/2023 | 28 | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, WITH BRIEF AND CERTIFICATE OF SERVICE, FILED BY RALPH MCCLAIN, JR.(amas) (Entered: 04/28/2023) |
| 04/27/2023 | 29 | AMENDED COMPLAINT against All Defendants All Defendants., filed by RALPH MCCLAIN, JR.(amas) (Entered: 04/28/2023) |
| 04/28/2023 | 30 | MOTION to Appoint Counsel, WITH DECLARATION AND CERTIFICATE OF SERVICE, FILED BY RALPH MCCLAIN, JR.(amas) (Entered: 05/01/2023) |
| 05/04/2023 | 31 | ORDER THAT THE MOTION IS GRANTED, IN PART. ACCORDINGLY, PLAINTIFFS CASE IS REFERRED TO THE PRISONER CIVIL RIGHTS PANEL FOR THE EASTERN DISTRICT OF PENNSYLVANIA FOR CONSIDERATION. THE CLERK OF COURT IS DIRECTED TO REFER THIS MATTER TO THE PANEL AND PLACE THIS MATTER IN CIVIL SUSPENSE UNTIL FURTHER ORDER OF THE COURT. SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 5/4/23. 5/4/23 ENTERED AND COPIES NOT MAILED TO PRO SE; E-MAILED.(amas) (Entered: 05/04/2023) |
| 05/05/2023 |  | PAPER #31 MAILED TO PRO SE (JL) (Entered: 05/05/2023) |
| 05/11/2023 | 32 | NOTICE of Change of Address by RALPH MCCLAIN, JR(amas) (Entered: 05/12/2023) |
| 05/15/2023 |  | DOC. NO. 31 MAILED TO PRO SE ON 5/15/23. (amas) (Entered: 05/15/2023) |
| 05/24/2023 | 33 | Copy of Order dated 5/4/23 (Document # 31) and envelope returned from the U.S. Postal Service addressed to Ralph McCalin, Jr. for the following reason: Refused. (fdc) (Entered: 05/24/2023) |
| 07/07/2023 | 34 | MOTION FOR LIMITED LIFT OF STAY, WITH CERTIFICATE OF SERVICE, FILED BY RALPH MCCLAIN, JR.(amas) (Entered: 07/10/2023) |
| 07/07/2023 | 35 | Letter dated 7/2/23 by RALPH MCCLAIN, JR (sbt) (Entered: 07/10/2023) |
| 07/10/2023 | 36 | Letter dated 7/10/23 Re: Status Update (Attachments: # 1 Docket Sheet, # 2 Docket Entries)(sbt) (Main Document 36 replaced on 7/10/2023) (sbt). (Entered: 07/10/2023) |
| 07/20/2023 | 37 | ORDER THAT UPON CONSIDERATION OF PLAINTIFF'S MOTION FOR LIMITED LIFT OF STAY (ECF NO 34 ), THE MOTION IS DENIED. SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 07/20/2023.07/20/2023 ENTERED AND COPIES NOT MAILED TO PRO SE PETITIONER AND E-MAILED.(nd) (Entered: 07/20/2023) |

| 07/21/2023 | | COPY OF DOC. NO. 37 HAS BEEN MAILED TO PRO SE. (bw) (Entered: 07/21/2023) |
| 08/31/2023 | 38 | MOTION FOR COPIES OF ALL RECENT DOCUMENTS FILED AND DOCKET REPORT CASE TO WARDEN, WITH CERTIFICATE OF SERVICE, FILED BY RALPH MCCLAIN, JR.(amas) (Entered: 09/01/2023) |
| 09/05/2023 | 39 | NOTICE to plaintiff dated 9/5/2023. re: Appointment of Counsel on the Court's Extranet site. Copies mailed to plaintiff on 9/5/23. (go) (Entered: 09/05/2023) |
| 09/13/2023 | 40 | ORDER THAT PLAINTIFF RALPH MCCLAIN, JR.S MOTION FOR COPIES OF ALL RECENT DOCUMENTS FILED AND DOCKET REPORT TO WARDEN, [ECF 38] IS GRANTED, IN PART. THE CLERK OF COURT SHALL SEND A COPY OF THE DOCKET IN THIS MATTER TO PLAINTIFF AT THE CURRAN-FROMHOLD CORRECTIONAL FACILITY FOLLOWING THE ORDINARY PROCEDURES FOR MAILING COURT DOCUMENTS TO PRISONERS AT THAT FACILITY. SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 9/13/23.9/13/23 ENTERED AND COPIES MAILED TO PRO SE ALONG WITH A COPY OF THE DOCKET; E-MAILED.(amas) (Entered: 09/13/2023) |