| | | |
|---|---|---|
| | | ENTERED AND COPIES MAILED TO PRO SE; E-MAILED.(amas) (Entered: 01/25/2023) |
| 02/08/2023 | 105 | Plaintiff's Request for Court Documents by RALPH W. MCCLAIN, JR. (Attachments: # 1 RECEIPT) (bw) (Entered: 02/08/2023) |
| 02/14/2023 | 106 | NOTICE of Change of Address by RALPH W. MCCLAIN, JR(amas) (Entered: 02/14/2023) |
| 02/15/2023 | | PLEADINGS #101, #104 MAILED TO PRO SE (JL) (Entered: 02/15/2023) |
| 02/16/2023 | 107 | MOTION TO COMPEL COMPLIANCE WITH SUBPOENA, WITH CERTIFICATE OF SERVICE, FILED BY RALPH W. MCCLAIN, JR.(amas) (Entered: 02/16/2023) |
| 03/06/2023 | 108 | MOTION for Summary Judgment filed by CYNTHIA LINK, DARIN DIGUGLIELMO, DAVID JANKOVIAK, MICHEAL LYONS, MICHAEL MCCAIN, ZAIDA MELENDEZ, ERIC REID, JOSEPH SCICCHITANO, ERIC VEROSKY, PHILLIP WASHINGTON, WENDY SHAYLOR.Memorandum, Declaration, Certificate of Service. (Attachments: # 1 Appendix Statement of Undisputed Facts, # 2 Exhibit A - McClain Grievance to Shaylor, # 3 Exhibit B - McClain Grievance History, # 4 Exhibit C - Declaration of Kristina Owens with Exhibits, # 5 Exhibit D - Declaration of Wendy Shaylor, # 6 Exhibit E - Deposition of Ralph McClain, # 7 Exhibit F - Declaration of Zaida Melendez, # 8 Exhibit G- Declaration of Phillip Washington, # 9 Exhibit H - Extraordinary Occurrence Report, # 10 Exhibit I - Declaration of Eric Verosky, # 11 Exhibit J - Video Recordings Placeholder, # 12 Exhibit K - PREA Report)(MOZDZIOCK, JEFFREY) (Entered: 03/06/2023) |
| 03/09/2023 | 109 | MOTION TO COMPEL DISCOVERY AND ALTERNATIVE MOTION FOR SANCTIONS, WITH CERTIFICATE OF SERVICE, FILED BY RALPH W. MCCLAIN, JR.(amas) (Entered: 03/10/2023) |
| 03/09/2023 | 🔒 110 | Prisoner Trust Fund Account Statement by RALPH W. MCCLAIN, JR. (amas) (Entered: 03/10/2023) |
| 03/22/2023 | 111 | MOTION FOR EXTENSION OF TIME, WITH CERTIFICATE OF SERVICE, FILED BY RALPH W. MCCLAIN, JR.(amas) (Entered: 03/24/2023) |
| 03/23/2023 | 115 | Letter dated 3/17/23 by RALPH W. MCCLAIN, JR (sbt) (Entered: 03/28/2023) |
| 03/24/2023 | 112 | REQUEST FOR COPYWORK. (Attachments: # 1 RESPONSE)(amas) (Entered: 03/24/2023) |
| 03/24/2023 | 113 | ORDER THAT PLAINTIFF'S MOTION FOR EXTENSION OF TIME (DOC. NO. 111 ) IS GRANTED. ACCORDINGLY, PLAINTIFFS DEADLINE TO RESPOND TO DEFENDANTS PENDING MOTION FOR SUMMARY JUDGMENT IS STAYED UNTIL FURTHER ORDER OF THIS COURT. SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 3/24/23.3/24/23 ENTERED AND COPIES NOT MAILED TO PRO SE; E-MAILED.(amas) (Entered: 03/24/2023) |
| 03/24/2023 | 114 | ORDER THAT DEFENDANTS SHALL FILE AN OMNIBUS RESPONSE TO BOTH PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA, [ECF 107], AND MOTION TO COMPEL DISCOVERY AND ALTERNATIVE MOTION FOR SANCTIONS, [ECF 109], BY 4/4/23. SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 3/24/23. 3/24/23 ENTERED AND COPIES NOT MAILED TO PRO SE; E-MAILED.(amas) (Entered: 03/24/2023) |
| 03/24/2023 | | Copy of orders #13 and #14 mailed to pro se RALPH W. MCCLAIN, JR. (afm) (Entered: 03/24/2023) |
| 03/28/2023 | 116 | Letter dated 3/28/23 Re: Status Update (Attachments: # 1 Docket Entries)(sbt) (Entered: 03/28/2023) |
| 04/04/2023 | 117 | RESPONSE in Opposition re 109 MOTION to Compel, 107 MOTION to Compel filed by CYNTHIA LINK, DARIN DIGUGLIELMO, DAVID JANKOVIAK, MICHEAL LYONS, MICHAEL MCCAIN, ZAIDA MELENDEZ, ERIC REID, JOSEPH SCICCHITANO, ERIC VEROSKY, PHILLIP WASHINGTON, WENDY SHAYLOR. (Attachments: # 1 Exhibit A - Signed Verification) (MOZDZIOCK, JEFFREY) (Entered: 04/04/2023) |
| 04/05/2023 | 118 | ORDER THAT THE PLAINTIFFS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA, 107 , PLAINTIFFS MOTION TO COMPEL DISCOVERY AND ALTERNATIVE MOTION FOR SANCTIONS, 109 , AND DEFENDANTS RESPONSE TO BOTH MOTIONS, 117 , IT IS HEREBY ORDERED AS FOLLOWS: THE MOTIONS ARE DENIED WITH RESPECT TO THE INVESTIGATION DOCUMENTS RELATED TO DC-141 #B639676 AND THE VIDEO OF PLAINTIFFS CELL EXTRACTION; AND THE MOTIONS ARE GRANTED, IN PART, WITH RESPECT TO DEPARTMENT OF CORRECTIONS (DOC) POLICY 06.03.01 SECTION 35. ACCORDINGLY, DEFENDANTS AND/OR THE DEPARTMENT OF CORRECTIONS SHALL PRODUCE A COPY OF DOC 06.03.01 SECTION 35 TO THE COURT FOR IN CAMERA INSPECTION BY APRIL 19, 2023.2 SIGNED BY HONORABLE NITZA I QUINONES |

| | | |
|---|---|---|
| | | ALEJANDRO ON 4/5/23.4/5/23 ENTERED AND COPIES E-MAILED, MAILED TO PRO SE.(bw) (Entered: 04/05/2023) |
| 04/10/2023 | 119 | REQUEST FOR COPYWORK. (Attachments: # 1 RECEIPT)(amas) (Entered: 04/10/2023) |
| 04/20/2023 | 120 | OBJECTIONS, REPLY TO DEFENDANTS RESPONSE TO MOTION TO COMPEL AND MOTION FOR RECONSIDERATION, WITH CERTIFICATE OF SERVICE, FILED BY RALPH W. MCCLAIN, JR. (amas) (Entered: 04/21/2023) |
| 04/27/2023 | 121 | MOTION to Appoint Counsel, WITH MEMORANDUM, DECLARATION, AND CERTIFICATE OF SERVICE, FILED BY RALPH W. MCCLAIN, JR.(amas) (Entered: 04/28/2023) |
| 05/04/2023 | 122 | ORDER THAT THE MOTION IS GRANTED, IN PART. ACCORDINGLY, PLAINTIFFS CASE IS REFERRED TO THE PRISONER CIVIL RIGHTS PANEL FOR THE EASTERN DISTRICT OF PENNSYLVANIA FOR CONSIDERATION. THE CLERK OF COURT IS DIRECTED TO REFER THIS MATTER TO THE PANEL AND PLACE THIS MATTER IN CIVIL SUSPENSE UNTIL FURTHER ORDER OF THE COURT. SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 5/4/23. 5/4/23 ENTERED AND COPIES NOT MAILED TO PRO SE; E-MAILED.(amas) (Entered: 05/04/2023) |
| 05/05/2023 | | PAPER #122 MAILED TO PRO SE (JL) (Entered: 05/05/2023) |
| 05/11/2023 | 123 | EXHIBITS by RALPH W. MCCLAIN, JR.. (FILED UNDER SEAL)(lvj) (lvj). (Entered: 05/12/2023) |
| 05/11/2023 | 124 | NOTICE of Change of Address by RALPH W. MCCLAIN, JR(amas) (Entered: 05/15/2023) |
| 05/15/2023 | | DOC. NO. 122 RE-MAILED TO PRO SE AT UPDATED ADDRESS ON 5/15/23. (amas) (Entered: 05/15/2023) |
| 06/12/2023 | 125 | PLAINTIFF'S STATEMENT OF DISPUTED FACTS, WITH CERTIFICATE OF SERVICE, FILED BY RALPH W. MCCLAIN, JR. (amas) (Entered: 06/14/2023) |
| 06/14/2023 | 126 | DECLARATIONS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, WTH CERTIFICATE OF SERVICE, FILED BY RALPH W. MCCLAIN, JR.(amas) (Entered: 06/15/2023) |
| 07/07/2023 | 127 | MOTION FOR LIMITED LIFT OF STAY, WITH CERTITFICATE OF SERVICE, FILED BY RALPH W. MCCLAIN, JR.(amas) (Entered: 07/10/2023) |
| 07/07/2023 | 128 | Letter dated 7/2/23 by RALPH W. MCCLAIN, JR (sbt) (Entered: 07/10/2023) |
| 07/10/2023 | 129 | Letter dated 7/10/23 Re: Status Update (Attachments: # 1 Docket Entries, # 2 Docket Sheet)(sbt) (Main Document 129 replaced on 7/10/2023) (sbt). (Main Document 129 replaced on 7/10/2023) (sbt). (Entered: 07/10/2023) |
| 07/19/2023 | 130 | ORDER THAT PLAINTIFF'S MOTION FOR LIMITED LIFT OF STAY 127 IS DENIED.. SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 7/19/23.7/19/23 ENTERED AND COPIES E-MAILED, NOT MAILED TO PRO SE.(bw) (Entered: 07/19/2023) |
| 07/20/2023 | | PAPER #130 MAILED TO PRO SE (JL) (Entered: 07/20/2023) |
| 08/31/2023 | 131 | MOTION FOR COPIES OF ALL RECENT DOCUMENTS FILED AND DOCKET REPORT CARE TO WARDEN filed by RALPH W. MCCLAIN, JR..(rf, ) (Entered: 09/01/2023) |
| 08/31/2023 | 132 | MOTION FOR JUDICIAL NOTICE TO THE PHILADELPHIA PRISON COMMISSIONER, CERTIFICATE OF SERVICE filed by RALPH W. MCCLAIN, JR..(rf, ) (Entered: 09/01/2023) |
| 09/05/2023 | 133 | NOTICE to plaintiff dated 9/5/2023. re: Appointment of Counsel on the Court's Extranet site. Copies mailed to plaintiff on 9/5/2023. (go) (Entered: 09/05/2023) |
| 09/13/2023 | 134 | ORDER THAT PLAINTIFF RALPH MCCLAIN, JR.S MOTION FOR JUDICIAL NOTICE TO THE PHILADELPHIA PRISON COMMISSIONER, [ECF 132], IS DENIED.SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 9/13/23.9/14/23 ENTERED AND COPIES MAILED TO PRO SE; E-MAILED.(amas) (Entered: 09/14/2023) |
| 09/13/2023 | 135 | ORDER THAT PLAINTIFF RALPH MCCLAIN, JR.S MOTION FOR COPIES OF ALL RECENT DOCUMENTS FILED AND DOCKET REPORT TO WARDEN, [ECF 131] IS GRANTED, IN PART. THE CLERK OF COURT SHALL SEND A COPY OF THE DOCKET IN THIS MATTER TO PLAINTIFF AT THE CURRAN-FROMHOLD CORRECTIONAL FACILITY FOLLOWING THE ORDINARY PROCEDURES FOR MAILING COURT DOCUMENTS TO PRISONERS AT THAT FACILITY.SIGNED BY HONORABLE NITZA I QUINONES ALEJANDRO ON 9/13/23.9/14/23 |

| | | ENTERED AND COPIES MAILED TO PRO SE WITH A COPY OF THE DOCKET; E-MAILED. (amas) (Entered: 09/14/2023) |