IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS REMICK, et al., on behalf of
themselves and other similarly situated,

    Plaintiff,

V                          NO: 2:20-CV-01959-BMS

City of Philadelphia; et al.,

    Defendants.

### NOTICE OF SUBSTANTIAL NON COMPLIANCE

To the Honorable Judge of Said Court:

**NOW COMES**, incarcerated persons currently housed at CFCF, on unit A-2-1, representing the following, and attached facts:

1. See attached, hand written "Notice of Substantial Non-Compliance.

2. Our regular mail and legal mail is being delivered to us anywhere from two to six weeks late, and in some cases not at all.

3. Mail from the Courts, whether it be from the State or Federal Courts, is not being delivered as LEGAL MAIL, therefore there is no urgency in delivering it to inmates once it is received by the facility.

**WHEREFORE**, we respectfully request that the matters listed in our "Notice of Substantial Non-Compliance" and here, be addressed so that these violations are not repeated, additionally we would like some form of financial compensation for the violations of our basic human rights, and constitutional rights.

Respectfully Submitted
By,

Tyree Dumas, 1190275,
on behalf of inmates currently
housed on Unit A-2-1 (CFCF)

## Notice of Substantial Non-Compliance

The Philadelphia Department of Prisons (PDP) is and has been in substantial non-compliance of the following sections of the Remick v. City of Philadelphia (2:20-cv-01959-BMS), Settlement Agreement (Doc 165-2), as explained below by inmates currently housed at CFCF, Pod A-2-1:

① In violation of Item #2, we are consistently provided less than the agreed upon time-out-of-cell (Rec) each day, as we are provided anywhere from 1hr to 4hrs of Rec time on days that we are allowed out.

② In violation and contradiction of Item #4, The PDP continually reduces operating hours across all facilities, where the jails now go down (cease all inmate traffic) at 8:30pm opposed to 10:30pm monday thru Sunday. This reduction makes it almost impossible for the PDP to honor their commitment of restoring regular operations, where prior to Covid, inmates was recieving 8-10 hrs of Rec time, and all Program, and Services ran timely and on schedule.

③ In violation of Item #5, we are regularly refused timely medical, and mental health services, where we are required to fillout and submit sick call slips that are routinely responded to days, even weeks late.

④ In violation of Item #7, Our unit has not been offered the opportunity to utilize the law library for months, especially since the unit was moved from A-2-4 to B-1-3 to A-2-1. Even more pressing, The PDP

intentionally without regard, disobey individualized Court Orders, which grant certain inmates specific access to the law library, however is routinely denied such access as outlined in said Court Orders.

(5) In violation of Item #8, we are being punitively punished, off of the record by the Deputy Warden of Opperations, where our unit has thus far been on "Lock Down" over the past ten (10) days, since 8/22/2023. During this mass lockdown we are denied Rec time and therefore we are unable to communicate with our Family, Friends, or legal team, by Phone, Tablet, and mail, we have not been able to shower, have visits, see the Social worker, recieve mental health or medical treatment, participate in programs, or utilize legal services. In fact we are subject to inhumane treatment as we aren't provided toiletries, recieve improperly portioned meals that are served cold although are suppose to be hot, not able to recieve Commissary orders which contain our food, healthcare, and mailing supplies, not allowed to clean our cells, and on one occasion taunted by Lt Radtke who shut off the entire water supply to the unit, going cell to cell. Throughout this period we are subject to impermissable excessive punishment (Punitive), without notification of what we did wrong or due process in violation of our rights afforded to us by the Constitution of the Commonwealth of Pennsylvania, State law, the Constitution of the United States of America, and Federal law.

(6) In violation of Item #9, If and when tablets are issued only anywhere from 1 to 3 have been provided to us.

⑦ In Violation of Item #13, Our visits are regularly cancelled after Confirmation, and last minute. It is only when our Family arrive at the Jail for the Scheduled visit that they find out it has been cancelled.

⑧ In Violation of Item #18, The PDP uneccessarily used excessive Force by inappropriately deploying pepper spray on numerous occassions, especially during this "lockdown" Period, where LT Radtke instructed C/o Astacio to Spray an inmate (Multi 3 AKA Storage Closet 3 cell) while he was in the shower stall, on another occassion C/o Astacio Sprayed two inmates (Cell 15) while in their cell and locked them in, without providing timely decontamination (one of the two inmates have asthma), and litterally today, C/o Cummins instructed another C/o to spray an inmate (Cell 10), who was requesting an Asthma pump that he didn't recieve for more than Several Days at that time. These are only a few of the most recent instances. It is imperative that the Staff understand the Serious effect of Utilizing Pepper Spray.

⑨ Commissary is inarguably one of the most critical assets that inmates rely on, as we are able to order our Food, Hygiene, Stationery, Recreational, Clothing and mailing Products. Keefe and the PDP abuse their monopoly over Commissary where they have continually without notice aggressively raised the Price of all items, and in fact doubled the Price of some of the most popular items since April of 2023. The PDP feeds us toddler size meals that are typically overcooked, undercooked, misportioned, or missing items, without replacement thereof, to combat this, Those of us who can afford it, rely's heavily on Commissary to offset

our hunger as we otherwise do not eat most of the unappeasing food that even certain animals would not consume. We haven't been able to order/recieve ONline commissary orders since being moved from A-2-4 months ago, and during this lockdown period the PDP rejected our previously ordered Commissary that was due to deliver on 8/29/2023, and slips were not distributed or collected, therefore we will not recieve Commissary on 9/6/2023, that's in line with what Staff said, statating we would not be able to recieve Commissary for a total of three weeks.

(10) The PDP is creating a toxic unsafe enviornment, where they are dictating violence amongst us inmates, this entire lockdown is presumably due to the actions of a couple inmates, however they are punishing the entire unit, where majority off us had nothing to do with what transpired especially since we were locked in at the time of said incident. It has created a very hostile enviornment where some inmates have went as far as attacking one another at the behest of the Staff or to appease them.

(11) Inmates in disciplinery segregation receives more privileges than us right now, and that includes those who may have caused this lockdown in the first place. We have not been notified as to what we allegedly have done, nor have we been afforded any type of process, hearing or otherwise.

The undersigned inmates housed on A-2-1 have personally witnessed and been subjected to all of the above mentioned committed by

PDP and it's affiliates, we individually and collectively reserve our Rights to pursue legal action in efforts to seek monetary Compensation for these experiences and violations of of Human, Civil, State, Federal, and Constitutional Rights. This notification shall in no way hinder our ability to excersise such Rights. It is our hope that this notification result in change so that we are no longer subjected to such, and current/future inmates.

Such information herein is true and Correct to the best of my Personal knowlege, information and Belief.

Dated: September 1, 2023

Tyree Dumas 1190275

Christopher Jeffers 1232943

Miguel Bell 1170987     Miguel Bell

Albert Singleton 1045522

Shafig Johnson 1135786

Amir Jackson 989254     Amir Jackson

Derrill Cunningham 936215

Jesus Correa 1097721

Edelmiro Morales 1032313

Aaron Chase 1108447

Toron Edwards 818353

Kerry Lighty 1018668

Geoffrey Branch 1156412

Jermaine Coraham 941563

Lilue Mamo 1238207
Alexis Ayala   832213   [signature]
Ryan Smith   1008081   [signature]
Raymond Thompson   953290   [signature]
Joseph Davis   1187749   [signature]
Frantz Jeune   1236109   [signature]
Tyler Sunterra   1104509   [signature]
B. Muwwakkil   801516   [signature]
Kenneth Middleton   104211   [signature]
Ajadh Lawrence   1218592   [signature]
Khalif Goodwin   946362   [signature]
Robert Vidra   981653   [signature]
John Leisey   901683   [signature]
Charles Johnson   1234319   [signature]
Jamir Worthey-Brown   1224454   [signature]
Qu'Shan Webb   1139402   [signature]
Esnior Ulysse   1238333   [signature]
Dwight Hope   1165806   [signature]
Carlton Allen   931813   [signature]
Gerald Johnson   785934   [signature]
Sokhom Oeun   869410   [signature]
Wesley Rivera   980419   [signature]
Jeffery Mendoza   1215980   [signature]
Jerry Davis   745010   [signature]
Jonathan Santiago   1227197   [signature]
Khalil Marshall   1032357   [signature]
Jorge Lopez   1169642   [signature]

James Russell (989148) James Russell
Gregory Dillon (1189421) Gregory Dillon
Ronnie Vincent Quann (1197405) R-V-Q
David Goer (922652)
Ty Moi (940630)
Javon Bruce (1217037) Javon Bruce
Angel Simons 1024203 Angel Simons
Daniel McQuilkin 1155634 Dan McQuilkin
Jason Bryant 1175260 J Bryant
Jonathan Torres 1233885
Jose Pena 1231694
Ameer Wharton 1188057 Ameer Wharton
Terrence Johnson Terrence Johnson 927689
Shaquil Clark 1000710 Shaquil Clark
Joseph Butler 1071140 J Butler
Brian Curry 1175858 B
Travon Dean 1238786
Brian Jones 895534 B Jns
Yaqshaan Harris 1230590 Yaqshaem Harris
James Sr 893008
Chris Grace 1028554 Chris Gr
Haneef Davis 1227903 Haneey Davis
Malik Wells 1049200 Malik Wells
Quinhor Goods 1160332 Quinhar Goods
1019540 Ephraim Chasten

Philadelphia Department of Prisons
Philadelphia, pa 19136
PPN 1190275



Clerk of Court
United States Courthouse
Eastern District of Pennsylvania
601 Market Street
Philadelphia PA 19106


RECEIVED
NOV 14 2023

U.S.M.S.
X-RAY

