IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REMICK et al** | : | CIVIL ACTION |
| v. | : | |
| **CITY OF PHILADELPHIA et al** | : | NO.   20-cv-1959 |

# O R D E R

**AND NOW**, this **20th** day of **DECEMBER 2023**, it is hereby **ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Berle M. Schiller to the calendar of the Honorable Gerald A. McHugh.

        FOR THE COURT:

        JUAN R. SÁNCHEZ
        Chief Judge

        ATTEST:

        _/s/George Wylesol_____
        GEORGE WYLESOL
        Clerk of Court