IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS REMICK, et al., on behalf of themselves and all others similarly situated, : | |
| : | No. 2:20-cv-01959 |
| Plaintiffs-Petitioners, : | |
| v. : | |
| CITY OF PHILADELPHIA; and BLANCHE CARNEY, in her official capacity as Commissioner of Prisons, : | |
| Defendants-Respondents. : | |

**STIPULATED ORDER**

This 22nd day of December, 2023, the parties having agreed that: (1) the Monitor has determined that the Defendants are not yet in substantial compliance with certain terms and conditions of the Settlement Agreement (ECF No. 165-2), (2) the Plaintiffs could, pursuant to Paragraph 24 of the Settlement, move the Court for an extension of the Agreement as to those provisions that the Monitor has not yet found the City to be in substantial compliance, and (3) the terms and conditions of the Agreement should be extended for those provisions as to which a substantial compliance finding has not yet been made.  It is hereby **ORDERED** that the terms and conditions of the Agreement are extended to April 30, 2025, except as to the provisions in Paragraphs 15 and 16, as to which the Monitor has found that City is in substantial compliance.

**Stipulated by the parties:**   For the Plaintiffs:             For the Defendants:
                                 /s/ *David Rudovsky*            /s/ *Anne B. Taylor*


**Approved:** [1]   /s/Gerald Austin McHugh
                   United States District Judge

---

[1] Following the recent reassignment of this case to my docket, I have reviewed the pleadings and Monitor's reports.