IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS REMICK, et al., on behalf of themselves and all others similarly situated, : | |
| : | No. 2:20-cv-01959-BMS |
| **Plaintiffs-Petitioners,** : | |
| v. : | |
| CITY OF PHILADELPHIA; and BLANCHE CARNEY, in her official capacity as Commissioner of Prisons, : | |
| **Defendants-Respondents.** : | |

## STIPULATED ORDER

And now, this 4th day of January, 2024, upon the agreement of the parties that (1) the Monitor has determined that the Defendants are not yet in substantial compliance with certain terms and conditions of the Settlement Agreement (ECF No. 165-2), (2) the Plaintiffs could, pursuant to Paragraph 24 of the Settlement, move the Court for an extension of the Agreement as to those provisions that the Monitor has not yet found the City to be in substantial compliance, and (3) the terms and conditions of the Agreement should be extended for those provisions in which a substantial compliance finding has not yet been made, the Court hereby orders that the terms and conditions of the Agreement – with the exception of the provisions at Paragraphs 15 and 16, with which the City achieved a finding of substantial compliance – are extended to April 30, 2026.

**Stipulated by the parties:**
  For the Plaintiffs:          For the Defendants:
  /s/ *David Rudovsky*          /s/ *Anne B. Taylor*

                     **By the Court:**

                      /s/ Gerald Austin McHugh
                     Gerald A. McHugh, U.S.D.J.