# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS REMICK, et al., on behalf of themselves and all others similarly situated,<br><br>　Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA; and BLANCHE CARNEY, in her official capacity as Commissioner of Prisons,<br><br>　Defendants. | No. 2:20-cv-01959-BMS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I, Benjamin R. Barnett formerly of Dechert LLP, hereby respectfully withdraw my appearance as counsel for Plaintiffs. Plaintiffs will continue to be represented by counsel of record from the Pennsylvania Institutional Law Project; Kairys, Rodovsky, Messing, Feinberg & Lin LLP; Abolitionist Law Center; and Dechert LLP.

Date: January 26, 2024

Respectfully Submitted,

*/s/ Will W. Sachse*
Will W. Sachse
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-2496
will.sachse@dechert.com

*/s/ Benjamin R. Barnett*
Benjamin R. Barnett
Seeger Weiss LLP
325 Chestnut Street
Suite 917
Philadelphia, PA 19106
(215) 553-7980
bbarnett@seegerweiss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance was filed via the Court's electronic filing system and is available for downloading by all parties of record.

Date: January 26, 2024               */s/ Will W. Sachse*
                                      Will W. Sachse