IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS REMICK, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA; and BLANCHE CARNEY, in her official capacity as Commissioner of Prisons,<br><br>Defendants. | Civil Action No. 2:20-cv-01959-BMS |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

I, Mary H. Kim of Dechert LLP, hereby respectfully withdraw my appearance as counsel for Plaintiffs. Plaintiffs will continue to be represented by counsel of record from the Pennsylvania Institutional Law Project; Kairys, Rodovsky, Messing, Feinberg & Lin LLP; Abolitionist Law Center; and Dechert LLP.

Dated: February 1, 2024

Respectfully submitted,

By: _____
Mary H. Kim
Dechert LLP
One Bush Street
Suite 1600
San Francisco, CA 94104-4446
(415) 262-4500
mary.kim@dechert.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance was filed via the Court's electronic filing system and is available for downloading by all parties of record.

Dated: February 1, 2024                                             /s/ Mary H. Kim
                                                                                        Mary H. Kim