IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS REMICK, NADIYAH WALKER, JAY DIAZ, MICHAEL ALEJANDRO, MICHAEL DANTZLER, ROBERT HINTON, JOSEPH WEISS, JOSEPH SKINNER, SADDAM ABDULLAH, and JAMES BETHEA, on behalf of themselves and all others similarly situated, | : : : : : : : : |
| Plaintiffs, | : : |
| v. | : No. 20-1959 (BMS) |
| CITY OF PHILADELPHIA; and BLANCHE CARNEY, in her official capacity as Commissioner of Prisons, | : : : : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THE COURT:**

      Kindly withdraw the appearance of Danielle B. Rosenthal as counsel for Defendants City of Philadelphia and Blanche Carney in the above captioned matter.

                        Respectfully submitted:

Date:  February 8, 2024              /s/ *Danielle B. Rosenthal*
                                          DANIELLE B. ROSENTHAL
                                          Deputy City Solicitor
                                          City of Philadelphia Law Department
                                          1515 Arch Street, 14th Floor
                                          Philadelphia, PA  19102-1595
                                          (215) 683-5448 (phone)
                                          (215) 683-5397 (fax)
                                          *danielle.rosenthal@phila.gov*