Ralph W. McClain, Jr
#814451, PICC
8301 State Road
Philadelphia, PA 19136

February 16, 2024

George Wylesol, Clerk of Courts
United States District Court
Eastern District of Pennsylvania
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106


RECEIVED
FEB 22 2024

Dear Mr. Wylesol:

Please file my change of address and Motions asking for docket sheets and notice copies of documents I did not recieve pro se as plaintiff and class member in these cases (enclosed):

1. McClain v. Shaylor, #19-5148.
2. Remick v. City of Phila., #20-1959.
3. McClain v. Hilty, #22-1728.
4. McClain v. Murray, #23-4859.
5. McClain v. Krasner, #23-4825.
6. White McClain v. Carney, #23-4012.

Thank you!

Yours truly,

Ralph W. McClain, Jr
Plaintiff Pro Se

Enclosures (8)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS REMICK, et al.,
    Plaintiff,

v.

CITY OF PHILADELPHIA, et al.,
    Defendant.

CIVIL ACTION

#20-1959

# ORDER

AND NOW, this ___ day of _____, 2024, upon review of class member plaintiff McClain's Motion for Copy of Full Docket and Reissue of Notices, the motion is **GRANTED**.

The Clerk of Court is hereby **DIRECTED** to mail a copy of the full docket sheet for this class action along with the reissue of the Court's Memorandums and Orders denying Mr. McClain's prior motions filed in the case, at the following address:

> Ralph W. McClain, Jr.
> #814451, PICC
> 8301 State Road
> Philadelphia, PA 19136

BY THE COURT:

BERLE SCHILLER
Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS REMICK, et al., Plaintiffs  V.  CITY OF PHILADELPHIA, et al., Defendants | CIVIL ACTION  #20-1959 |

### MOTION FOR COPY OF FULL DOCKET AND REISSUE OF NOTICES

Class member Ralph McClain, Jr, hereby motions for copies of the full docket sheet report in this case and reissue to him of the Courts rule on his September/October filed motion to intervene and for injunctions and contempt proceedings.

Mr. McClain was not allowed to send out nor recieve legal mail in his own name and number at CFCF, so, Mr. McClain never recieved the Courts memorandum denying his motion to intervene.

Mr. McClain transfered out of CFCF and now resides at PICC where he is again permitted incoming and outgoing legal mail.

WHEREFORE, Class Member Mr. McClain requests for the Court to provide him copy of full docket report and memorandums and orders to be reissued to him that was previously mailed to him at CFCF.

Respectfully submitted,

*Ralph McClain* (signature)

Ralph W. McClain, Jr.
#814451, PICC
8301 State Road
Philadelphia, PA 1913

Date: 2/16/24



**To:**
George Wylesol, Clerk of Court
United States District Court
Eastern District of Pennsylvania
2609 U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

**From:**
Ralph McClain (Court Legal Mail)
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 814451

Postmark: PHILADELPHIA PA 190, 20 FEB 2024 PM 6 L

U.S.M.S. X-RAY