IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS REMICK, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>　　　　Defendants. | Civil Action No. 2:20-01959 |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Please withdraw my appearance as counsel for the Defendants in the above-captioned matter.

Dated: March 1, 2024

/s/ Diana P. Cortes
Diana P. Cortes (Pa. Attorney I.D. 204274)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA  19103-3007
215.963.5000
215.963.5001 (Fax)
diana.cortes@morganlewis.com