IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS REMICK, ET AL.** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-1959 |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |

**ORDER**

This 9th day of April, 2024, it is hereby **ORDERED** that the Order of July 12, 2022 (ECF 176) is hereby modified as follows:

The Clerk of Court is requested to maintain this case in open status.

/s/ Gerald Austin McHugh
United States District Judge