IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS REMICK, et al., on behalf of themselves and all others similarly situated, | : : : | No. 2:20-cv-01959 |
| Plaintiffs-Petitioners, | : : | |
| v. | : | |
| CITY OF PHILADELPHIA; and BLANCHE CARNEY, in her official capacity as Commissioner of Prisons, | : : : : | |
| Defendants-Respondents. | : : | |

**STIPULATION TO EXTEND THE CITY'S TIME TO RESPOND
TO PLAINTIFFS' MOTION FOR CONTEMPT**

And now, this 15th day of April, 2024, upon the agreement of the parties that (1) Plaintiffs filed a Motion for Contempt on April 8, 2024, (2) absent extension, Defendant City of Philadelphia's response would be due April 22, 2024, and (3) the City's response deadline be extended two weeks, the deadline for the City to respond to the pending Motion for Contempt is extended to on or before May 6, 2024.

**Stipulated by the parties:**

For the Plaintiffs:

/s/ *David Rudovsky*

For the Defendants:

/s/ *Anne B. Taylor*

**By the Court:**

**/s/ Gerald Austin McHugh**

Gerald A. McHugh, U.S.D.J.