# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS REMICK, ET AL.** : | |
| : | |
| v.  : | **CIVIL ACTION NO. 20-1959** |
| : | |
| **CITY OF PHILADELPHIA, ET AL.** : | |

## ORDER

This 14th day of June, 2024, it is hereby **ORDERED** that oral argument on the Motion for Contempt previously scheduled for June 26, 2024 has been rescheduled for Thursday, **June 27, 2024**, at **3:00 p.m.** Argument will be heard in Courtroom 9-B of the United States Courthouse, 601 Market Street, Philadelphia, PA.

 /s/ Gerald Austin McHugh
United States District Judge