**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS REMICK, ET AL.** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 20-1959** |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |

**ORDER**

This 24th day of June, 2024, pursuant to this Court's inherent power to enforce its orders, it is hereby **ORDERED** that the Commissioner of the Philadelphia Department of Prisons, or his designees on duty, shall grant access to the undersigned to all relevant facilities covered by this Court's prior orders, during the inspection of the monitoring team on June 26, 2024.

 /s/ Gerald Austin McHugh
United States District Judge