# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS REMICK, ET AL.** : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-1959** |
| : | |
| **CITY OF PHILADELPHIA, ET AL.** : | |

## ORDER

This 26th day of June, 2024, it is hereby **ORDERED** that oral argument on the pending Motion for Contempt scheduled to be held on Thursday, June 27, 2024, at 3:00 p.m. will be heard in the Ceremonial Courtroom of the United States Courthouse. The Ceremonial Courtroom is located in the concourse between the James A. Byrne U.S. Courthouse and the William J. Green Jr. Federal Building.

                                              /s/ Gerald Austin McHugh
                                              United States District Judge