IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS REMICK, ET AL.** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-1959 |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |

**ORDER**

This 1st day of July, 2024, it is hereby **ORDERED** that an evidentiary hearing is scheduled for Thursday, **July 11, 2024**, at **10:00 a.m.** The hearing will be held in Courtroom 9-B of the United States Courthouse, 601 Market Street, Philadelphia, PA.

 /s/ Gerald Austin McHugh
United States District Judge