**Department:** 23                                                                                     **PRISONS**

| Expenditure Class | FY21 Adopted | FY 21 Actual | FY22 Adopted | FY22 Actual | FY23 Adopted | FY23 Actual | FY24 Adopted | FY24 Estimate | FY25 Adopted |
|---|---|---|---|---|---|---|---|---|---|
| Class 100 - Wages | 126,599,446 | 118,472,913 | 132,739,167 | 118,473,913 | 135,537,939 | 118,891,418 | 172,050,282 | 172,050,282 | 172,652,248 |
| Class 200 - Contracts / Leases | 88,351,948 | 95,215,322 | 98,210,934 | 97,900,257 | 104,696,211 | 108,413,483 | 111,916,569 | 120,910,951 | 119,840,329 |
| Class 300/400 - Supplies, Equipment | 4,016,769 | 3,997,199 | 5,499,455 | 5,143,403 | 4,674,595 | 4,449,485 | 7,105,822 | 8,105,822 | 6,768,447 |
| Class 500 - Indemnities / Contributions | 1,201,757 | 1,487,394 | 1,201,757 | 2,651,971 | 1,201,757 | 3,415,712 | 1,701,757 | 1,701,757 | 1,701,757 |
| Class 700 - Debt Service | 0 | | 0 | | 0 | | 0 | | 0 |
| Class 800 - Payments to Other Funds | 0 | | 0 | | 0 | | 0 | | 0 |
| Class 900 - Advances / Misc. Payments | 0 | | 0 | | 0 | | 0 | | 0 |
| Total | 220,169,920 | 219,172,828 | 237,651,313 | 224,169,544 | 246,110,502 | 235,170,098 | 292,774,430 | 302,768,812 | 300,962,781 |