FY 2021-25 Adopted Budget  
6/29/2020  
8:51 AM

**City of Philadelphia**
**General Fund**
**FY 2021 - 2025 Five Year Financial Plan**
**Master Schedule**

**Program Based Budget Status: FY 2019**

**Department:** 23   PRISONS

| Expenditure Class | FY19 Actual | FY20 Adopted Budget | FY20 Current Target | FY21 Estimate | FY22 Estimate | FY23 Estimate | FY24 Estimate | FY25 Estimate |
|---|---|---|---|---|---|---|---|---|
| Class 100 - Wages | 138,537,912 | 139,765,668 | 141,575,330 | 126,599,446 | 126,635,188 | 126,635,188 | 126,635,188 | 126,635,188 |
| Class 200 - Contracts / Leases | 92,504,851 | 92,842,354 | 106,466,354 | 88,351,948 | 87,375,948 | 87,375,948 | 87,375,948 | 87,375,948 |
| Class 300/400 - Supplies, Equipment | 4,331,144 | 4,373,744 | 4,373,744 | 4,016,769 | 4,016,769 | 4,016,769 | 4,016,769 | 4,016,769 |
| Class 500 - Indemnities / Contributions | 1,668,749 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 |
| Class 700 - Debt Service | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 800 - Payments to Other Funds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 900 - Advances / Misc. Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | 237,042,656 | 238,183,523 | 253,617,185 | 220,169,920 | 219,229,662 | 219,229,662 | 219,229,662 | 219,229,662 |

*(33,447,265)*

| Adjustments: | Class | FY20 | FY21 | FY22 | FY23 | FY24 | FY25 |
|---|---|---|---|---|---|---|---|
| **FY21-25 Plan Adjustments:** | | | | | | | |
| 1. Hep C Treatment (FY20 only) | 200 | 14,000,000 | | | | | |
| **FY21 Justification Requests:** | | | | | | | |
| 1. Inmate Pay Increase | 500 | | 400,000 | (400,000) | | | |
|  | 200 | | 600,000 | (600,000) | | | |
| 2. DC47 Award- Wage Increase (FY20-2%) | 100 | 21,674 | 130,046 | | | | |
| 3. DC47 Award- Bonus ($750/$475) | 100 | 58,050 | (58,050) | | | | |
| 4. Nonrep- Wage Increase (FY20-2%) | 100 | 22,776 | 136,654 | | | | |
| 5. DC33 Award- Wage Increase (FY20-2%) | 100 | 7,238 | 36,192 | | | | |
| 6. DC33 Award- Bonus ($750/$475) | 100 | 25,800 | (25,800) | | | | |
| 7. Local 159 Award- Wage Increase (FY20-2.25%) | 100 | 424,624 | 2,123,122 | | | | |
| 8. Local 159 Award- Bonus ($750/$475) | 100 | 1,249,500 | (1,249,500) | | | | |
| **FY21 Revised:** | | | | | | | |
| 1. Elimin. of vacancies, attrition and reduction in OT (-154 pos) | 100 | | (16,032,806) | | 16,032,806 | | |
| 2. Reduction due to lower census and attrition | 200 | | (19,466,406) | | 19,466,406 | | |
| 3. Reduction in purchases due to lower census | 300/400 | | (356,975) | | 356,975 | | |
| 4. Elimination of inmate pay increase | 500 | | (400,000) | 400,000 | | | |
| 5. Exempt- Salary Reductions (FY21 only) | 100 | | (35,742) | 35,742 | | | |
| **FY21 Caucus Changes:** | | | | | | | |
| 1. Rollover funds to FY21 | 200 | (376,000) | 752,000 | (376,000) | | | |
| 2. Extend budget reductions | 100 | | | | (16,032,806) | | |
|  | 200 | | | | (19,466,406) | | |
|  | 300/400 | | | | (356,975) | | |