# City of Philadelphia
## General Fund
## FY 2022 - 2026 Five Year Financial Plan
## Master Schedule

**Program Based Budget Status: FY 2019**

**Department:** 23  PRISONS

| Expenditure Class | FY20 Actual | FY21 Adopted Budget | FY21 Current Target | FY22 Estimate | FY23 Estimate | FY24 Estimate | FY25 Estimate | FY26 Estimate |
|---|---|---|---|---|---|---|---|---|
| Class 100 - Wages | 137,253,128 | 126,599,446 | 122,623,185 | 132,739,167 | 134,411,008 | 134,411,008 | 134,411,008 | 134,411,008 |
| Class 200 - Contracts / Leases | 101,017,698 | 88,351,948 | 95,346,067 | 98,210,934 | 96,059,955 | 96,059,955 | 96,059,955 | 96,059,955 |
| Class 300/400 - Supplies, Equipment | 4,347,922 | 4,016,769 | 4,016,769 | 5,499,455 | 4,674,595 | 4,542,222 | 4,557,986 | 4,016,769 |
| Class 500 - Indemnities / Contributions | 1,379,914 | 1,201,757 | 1,013,004 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 |
| Class 700 - Debt Service | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 800 - Payments to Other Funds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 900 - Advances / Misc. Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | 243,998,662 | 220,169,920 | 222,999,025 | 237,651,313 | 236,347,315 | 236,214,942 | 236,230,706 | 235,689,489 |

*14,652,288*

| Adjustments: | Class | FY21 | FY22 | FY23 | FY24 | FY25 | FY26 |
|---|---|---|---|---|---|---|---|
| **Carryforward from FY 21-25 Plan:** | | | | | | | |
| **FY21 Justification Requests:** | | | | | | | |
| 1. Inmate Pay Increase | 500 | | (400,000) | | | | |
|  | 200 | | (600,000) | | | | |
| **FY21 Revised:** | | | | | | | |
| 1. Elimin. of vacancies, attrition and reduction in OT (-154 pos) | 100 | | | 16,032,806 | | | |
| 2. Reduction due to lower census and attrition | 200 | | | 19,466,406 | | | |
| 3. Reduction in purchases due to lower census | 300/400 | | | 356,975 | | | |
| 4. Elimination of inmate pay increase | 500 | | 400,000 | | | | |
| 5. Exempt- Salary Reductions (FY21 only) | 100 | | 35,742 | | | | |
| **FY21 Caucus Changes:** | | | | | | | |
| 1. Rollover funds to FY21 | 200 | | (376,000) | | | | |
| 2. Extend budget reductions | 100 | | | (16,032,806) | | | |
|  | 200 | | | (19,466,406) | | | |
|  | 300/400 | | | (356,975) | | | |
| **FY21 Target Adjustments:** | | | | | | | |
| 1. Mothers in Charge (FY21 only) | 200 | 250,000 | (250,000) | | | | |
| 2. Inmate Medical Services (FY21 only) | 200 | 6,994,119 | (6,994,119) | | | | |
|  | 100 | (5,062,180) | 5,062,180 | | | | |
|  | 500 | (188,753) | 188,753 | | | | |
| **FY22 Justifications/Cuts:** | | | | | | | |
| 1. Contraband Scanners | 200 | | | 300,000 | | | |
|  | 300/400 | | 636,000 | (636,000) | | | |
| 2. Covid PPE | 300/400 | | 300,000 | (300,000) | | | |
| 3. Increase for Inmate Medical Services | 200 | | 2,727,142 | | | | |
| 4. Funding for Inmate Medical Claims | 200 | | 2,590,028 | | | | |
| 5. Increase for Inmate Food Services | 200 | | 2,200,979 | (2,200,979) | | | |
| 6. Funding for Maintenance Services | 200 | | 273,087 | | | | |
| 7. Motorola Radio Replacement | 300/400 | | 546,686 | 111,140 | (132,373) | 15,764 | (541,217) |
| 8. Restore Inmate Pay | 200 | | 600,000 | | | | |
| 9. Continue Virtual Video Visitation | 200 | | 2,193,750 | | | | |

FY 2022-26 Adopted Budget  
6/25/2021 11:42 AM

## City of Philadelphia
## General Fund
## FY 2022 - 2026 Five Year Financial Plan
## Master Schedule

**Program Based Budget Status: FY 2019**

**Department:** 23 PRISONS

| Expenditure Class | FY20 Actual | FY21 Adopted Budget | FY21 Current Target | FY22 Estimate | FY23 Estimate | FY24 Estimate | FY25 Estimate | FY26 Estimate |
|---|---|---|---|---|---|---|---|---|
| Class 100 - Wages | 137,253,128 | 126,599,446 | 122,623,185 | 132,739,167 | 134,411,008 | 134,411,008 | 134,411,008 | 134,411,008 |
| Class 200 - Contracts / Leases | 101,017,698 | 88,351,948 | 95,346,067 | 98,210,934 | 96,059,955 | 96,059,955 | 96,059,955 | 96,059,955 |
| Class 300/400 - Supplies, Equipment | 4,347,922 | 4,016,769 | 4,016,769 | 5,499,455 | 4,674,595 | 4,542,222 | 4,557,986 | 4,016,769 |
| Class 500 - Indemnities / Contributions | 1,379,914 | 1,201,757 | 1,013,004 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 |
| Class 700 - Debt Service | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 800 - Payments to Other Funds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 900 - Advances / Misc. Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | 243,998,662 | 220,169,920 | 222,999,025 | 237,651,313 | 236,347,315 | 236,214,942 | 236,230,706 | 235,689,489 |

*14,652,288*

| Adjustments: | Class | FY21 | FY22 | FY23 | FY24 | FY25 | FY26 |
|---|---|---|---|---|---|---|---|
| **FY22 Caucus Changes:** | | | | | | | |
| 1. Rollover of Mothers In Charge program to FY22 | 200 | (250,000) | 500,000 | (250,000) | | | |
| 2. Local 159- Shift Differential | 100 | 222,919 | 1,130,150 | (1,353,069) | | | |
| 3. Local 159- 180 New Recruits (+180 pos) | 100 | | 3,887,910 | 3,887,910 | | | |
| 4. Local 159- Vaccination Incentive (FY21 and FY22 only) | 100 | 863,000 | | (863,000) | | | |