FY 2023-27 Adopted Budget

6/30/2022
3:12 PM

# City of Philadelphia
## General Fund
## FY 2023- 2027 Five Year Financial Plan
## Master Schedule

**Department:** 23   PRISONS

| Expenditure Class | FY21 Actual | FY22 Adopted Budget | FY22 Current Target | FY23 Estimate | FY24 Estimate | FY25 Estimate | FY26 Estimate | FY27 Estimate |
|---|---|---|---|---|---|---|---|---|
| Class 100 - Wages | 118,472,913 | 132,739,167 | 133,890,594 | 135,537,939 | 135,987,869 | 135,987,869 | 135,987,869 | 135,987,869 |
| Class 200 - Contracts / Leases | 95,215,322 | 98,210,934 | 110,810,934 | 104,696,211 | 104,696,211 | 104,696,211 | 104,696,211 | 104,696,211 |
| Class 300/400 - Supplies, Equipment | 3,997,199 | 5,499,455 | 5,499,455 | 4,674,595 | 4,542,222 | 4,557,986 | 4,016,769 | 4,016,769 |
| Class 500 - Indemnities / Contributions | 1,487,394 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 |
| Class 700 - Debt Service | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 800 - Payments to Other Funds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 900 - Advances / Misc. Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | 219,172,828 | 237,651,313 | 251,402,740 | 246,110,502 | 246,428,059 | 246,443,823 | 245,902,606 | 245,902,606 |

(5,292,238)

| Adjustments: | Class | FY22 | FY23 | FY24 | FY25 | FY26 | FY27 |
|---|---|---|---|---|---|---|---|
| **Carryforward from FY 22-26 Plan:** | | | | | | | |
| **FY21 Revised:** | | | | | | | |
| 1. Elimin. of vacancies, attrition and reduction in OT (-154 pos) | 100 | | 16,032,806 | | | | |
| 2. Reduction due to lower census and attrition | 200 | | 19,466,406 | | | | |
| 3. Reduction in purchases due to lower census | 300/400 | | 356,975 | | | | |
| **FY21 Caucus Changes:** | | | | | | | |
| 2. Extend budget reductions | 100 | | (16,032,806) | | | | |
|  | 200 | | (19,466,406) | | | | |
|  | 300/400 | | (356,975) | | | | |
| **FY22 Justifications/Cuts:** | | | | | | | |
| 1. Contraband Scanners | 200 | | 300,000 | | | | |
|  | 300/400 | | (636,000) | | | | |
| 2. Covid PPE | 300/400 | | (300,000) | | | | |
| 5. Increase for Inmate Food Services | 200 | | (2,200,979) | | | | |
| 7. Motorola Radio Replacement | 300/400 | | 111,140 | (132,373) | 15,764 | (541,217) | |
| **FY22 Caucus Changes:** | | | | | | | |
| 1. Rollover of Mothers In Charge program to FY22 | 200 | | (250,000) | | | | |
| 2. Local 159- Shift Differential | 100 | | (1,353,069) | | | | |
| 3. Local 159- 180 New Recruits (+180 pos) | 100 | | 3,887,910 | | | | |
| 4. Local 159- Vaccination Incentive (FY21 and FY22 only) | 100 | | (863,000) | | | | |
| **FY22 Target Adjustments:** | | | | | | | |
| 1. DC33 Award- Wage Incr. (FY22-2.5%, FY23-3.25%, FY24-3.25%) | 100 | 37,419 | 49,860 | 51,481 | | | |
| 2. DC33 Award- Bonus ($1200/member) | 100 | 38,400 | (38,400) | | | | |
| 3. DC47 Award- Wage Incr. (FY22-2.5%, FY23-3.25%, FY24-3.25%) | 100 | 144,130 | 192,053 | 198,295 | | | |
| 4. DC47 Award- Bonus ($1200/member) | 100 | 103,200 | (103,200) | | | | |
| 5. DC47 Award- Social Worker 2 pay range increase | 100 | 97,231 | 3,160 | 3,263 | | | |
| 6. Nonreps- Wage Increase (FY22-2.5%, FY23-3.25%, FY24-3.25%) | 100 | 138,367 | 184,374 | 190,366 | | | |
| 7. Nonreps- Other Payroll Increases | 100 | 21,786 | 708 | 731 | | | |
| 8. DC33 Award- Other Negotiated Increases | 100 | 13,224 | 430 | 443 | | | |
| 9. DC47 Award- Other Negotiated Increases | 100 | 159,469 | 5,182 | 5,351 | | | |

# City of Philadelphia
## General Fund
## FY 2023- 2027 Five Year Financial Plan
## Master Schedule

**Department:** 23  PRISONS

| Expenditure Class | FY21 Actual | FY22 Adopted Budget | FY22 Current Target | FY23 Estimate | FY24 Estimate | FY25 Estimate | FY26 Estimate | FY27 Estimate |
|---|---|---|---|---|---|---|---|---|
| Class 100 - Wages | 118,472,913 | 132,739,167 | 133,890,594 | 135,537,939 | 135,987,869 | 135,987,869 | 135,987,869 | 135,987,869 |
| Class 200 - Contracts / Leases | 95,215,322 | 98,210,934 | 110,810,934 | 104,696,211 | 104,696,211 | 104,696,211 | 104,696,211 | 104,696,211 |
| Class 300/400 - Supplies, Equipment | 3,997,199 | 5,499,455 | 5,499,455 | 4,674,595 | 4,542,222 | 4,557,986 | 4,016,769 | 4,016,769 |
| Class 500 - Indemnities / Contributions | 1,487,394 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 | 1,201,757 |
| Class 700 - Debt Service | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 800 - Payments to Other Funds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 900 - Advances / Misc. Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 219,172,828 | 237,651,313 | 251,402,740 | 246,110,502 | 246,428,059 | 246,443,823 | 245,902,606 | 245,902,606 |

*(5,292,238)*

| Adjustments: | Class | FY22 | FY23 | FY24 | FY25 | FY26 | FY27 |
|---|---|---|---|---|---|---|---|
| 10. Exempts- Wage Increase (FY22-2.5% Eff 1/31/22) | 100 | 13,579 | 19,010 | | | | |
| 11. Exempts- Other Payroll Increases (Eff 1/31/22) | 100 | 1,867 | 2,613 | | | | |
| 12. COVID Vaccine Bonus ($300/full time, $150/part time) | 100 | 382,755 | (382,755) | | | | |
| 13. Additional support for COVID and medical services | 200 | 14,600,000 | (9,000,000) | | | | |
| 14. Reduction in video visitation (FY22 only) | 200 | (2,000,000) | 2,000,000 | | | | |
| **FY23 Justifications:** | | | | | | | |
| 1. Prison Food Services | 200 | | 2,341,614 | | | | |
| 2. Prison Maintenance (CFCF/RCF) | 200 | | 673,242 | | | | |
| 3. Contraband Body Scanner-Annual Maintenance | 200 | | 8,500 | | | | |
| 4. Contraband Mail Scanners-Annual Maintenance | 200 | | 12,900 | | | | |
| **FY23 Caucus Changes:** | | | | | | | |
| 1. Exempt wage increase (FY23- 3.25%) | 100 | | 42,469 | | | | |