**City of Philadelphia**
**General Fund**
**FY 2024- 2028 Five Year Financial Plan**
**Master Schedule**

**Department:** 23    PRISONS

| Expenditure Class | FY22 Actual | FY23 Adopted Budget | FY23 Current Target | FY24 Estimate | FY25 Estimate | FY26 Estimate | FY27 Estimate | FY28 Estimate |
|---|---|---|---|---|---|---|---|---|
| Class 100 - Wages | 118,473,913 | 135,537,939 | 158,889,026 | 172,050,282 | 172,652,248 | 173,305,558 | 174,005,797 | 174,748,928 |
| Class 200 - Contracts / Leases | 97,900,257 | 104,696,211 | 113,696,211 | 111,916,569 | 112,666,952 | 108,881,654 | 108,881,654 | 108,881,654 |
| Class 300/400 - Supplies, Equipment | 5,143,403 | 4,674,595 | 5,101,795 | 7,105,822 | 6,373,447 | 4,991,255 | 4,991,255 | 4,991,255 |
| Class 500 - Indemnities / Contributions | 2,651,971 | 1,201,757 | 1,201,757 | 1,701,757 | 1,701,757 | 1,701,757 | 1,701,757 | 1,701,757 |
| Class 700 - Debt Service | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 800 - Payments to Other Funds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 900 - Advances / Misc. Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 224,169,544 | 246,110,502 | 278,888,789 | 292,774,430 | 293,394,404 | 288,880,224 | 289,580,463 | 290,323,594 |

13,885,641

| Adjustments: | Class | FY23 | FY24 | FY25 | FY26 | FY27 | FY28 |
|---|---|---|---|---|---|---|---|
| **Carryforward from FY 23-27 Plan:** | | | | | | | |
| **FY22 Justifications/Cuts:** | | | | | | | |
| 7. Motorola Radio Replacement | 300/400 | | (132,373) | 15,764 | (541,217) | | |
| **FY22 Target Adjustments:** | | | | | | | |
| 1. DC33 Award- Wage Incr. (FY22-2.5%, FY23-3.25%, FY24-3.25%) | 100 | | 51,481 | | | | |
| 3. DC47 Award- Wage Incr. (FY22-2.5%, FY23-3.25%, FY24-3.25%) | 100 | | 198,295 | | | | |
| 5. DC47 Award- Social Worker 2 pay range increase | 100 | | 3,263 | | | | |
| 6. Nonreps- Wage Increase (FY22-2.5%, FY23-3.25%, FY24-3.25%) | 100 | | 190,366 | | | | |
| 7. Nonreps- Other Payroll Increases | 100 | | 731 | | | | |
| 8. DC33 Award- Other Negotiated Increases | 100 | | 443 | | | | |
| 9. DC47 Award- Other Negotiated Increases | 100 | | 5,351 | | | | |
| **FY23 Target Adjustments:** | | | | | | | |
| 1. Local 159 Award- Wage Inc. (FY22-2.75%,FY23-3.25%,FY24-3.25%) | 100 | 5,776,394 | 3,270,690 | | | | |
| 2. Local 159 Award- Various Negotiated Increases (Parental Leave) | 100 | 5,855,509 | 3,102,497 | | | | |
| 3. Local 159 Award- Various Negotiated Increases (Retention Bonus) | 100 | 2,932,800 | (2,932,800) | | | | |
| 4. Local 159 Award- Various Negotiated Increases (Hiring Bonus) | 100 | 1,300,661 | | | | | |
| 5. Local 159 Award- Various Negotiated Increases (Attend. Bonus) | 100 | 1,128,000 | (564,000) | | | | |
| 6. Local 159 Award- Uniform Allowance Increase (+$200/member) | 300/400 | 427,200 | (213,600) | | | | |
| 7. Corizon - Covid Mitigation Costs | 200 | 9,000,000 | (9,000,000) | | | | |
| 8. Labor Award- Local 159 12 Hr Shifts Award (Salary Adjustment) | 100 | 6,347,427 | 9,804,051 | 601,966 | 653,310 | 700,239 | 743,131 |
| 9. Exempts- Wage Increase (FY23-3.25% Eff 4/3/23) | 100 | 10,296 | 30,888 | | | | |
| **FY24 Justifications:** | | | | | | | |
| 1. Inflation increase for existing services and purchases | 200 | | 2,620,358 | 750,383 | 814,702 | | |
| | 300/400 | | 2,350,000 | (748,139) | (840,975) | | |
| | 500 | | 500,000 | | | | |
| **FY24 Caucus Changes:** | | | | | | | |
| 1. Increase for US Facilities and RFID program | 200 | | 4,600,000 | | (4,600,000) | | |