FY 2025-29 Adopted Budget                                                                                                                                   6/26/2024
                                                                                                                                                            8:42 AM

# City of Philadelphia
## General Fund
## FY 2025 - 2029 Five Year Financial Plan
## Master Schedule

**Department:** 23    PRISONS

| Expenditure Class | FY23 Actual | FY24 Adopted Budget | FY24 Current Target | FY25 Estimate | FY26 Estimate | FY27 Estimate | FY28 Estimate | FY29 Estimate |
|---|---|---|---|---|---|---|---|---|
| Class 100 - Wages | 118,891,418 | 172,050,282 | 172,050,282 | 172,652,248 | 178,689,537 | 179,389,776 | 180,132,907 | 180,132,907 |
| Class 200 - Contracts / Leases | 108,413,483 | 111,916,569 | 120,910,951 | 119,840,329 | 116,055,031 | 116,055,031 | 116,055,031 | 116,055,031 |
| Class 300/400 - Supplies, Equipment | 4,449,485 | 7,105,822 | 8,105,822 | 6,768,447 | 4,991,255 | 4,991,255 | 4,991,255 | 4,991,255 |
| Class 500 - Indemnities / Contributions | 3,415,712 | 1,701,757 | 1,701,757 | 1,701,757 | 1,701,757 | 1,701,757 | 1,701,757 | 1,701,757 |
| Class 700 - Debt Service | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 800 - Payments to Other Funds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 900 - Advances / Misc. Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 235,170,098 | 292,774,430 | 302,768,812 | 300,962,781 | 301,437,580 | 302,137,819 | 302,880,950 | 302,880,950 |

(1,806,031)

| Adjustments: | Class | FY24 | FY25 | FY26 | FY27 | FY28 | FY29 |
|---|---|---|---|---|---|---|---|
| **Carryforward from FY 24-28 Plan:** | | | | | | | |
| **FY22 Justifications/Cuts:** | | | | | | | |
| 7. Motorola Radio Replacement | 300/400 | | 15,764 | (541,217) | | | |
| **FY23 Target Adjustments:** | | | | | | | |
| 8. Labor Award- Local 159 12 Hr Shifts Award (Salary Adjustment) | 100 | | 601,966 | 653,310 | 700,239 | 743,131 | |
| **FY24 Justifications:** | | | | | | | |
| 1. Inflation increase for existing services and purchases | 200 | | 750,383 | 814,702 | | | |
|  | 300/400 | | (748,139) | (840,975) | | | |
|  | 500 | | | | | | |
| **FY24 Caucus Changes:** | | | | | | | |
| 1. Increase for US Facilities and RFID program | 200 | | | (4,600,000) | | | |
| **FY24 Target Adjustments:** | | | | | | | |
| 1. GD Corrections- Food service supplies | 200 | 1,058,126 | (1,058,126) | | | | |
| 2. Building maintenance contract for PDP campus | 200 | 4,514,256 | (4,514,256) | | | | |
| 3. PDP Maintenance | 300/400 | 1,000,000 | (1,000,000) | | | | |
| 4. Purchase of locks | 200 | 3,422,000 | (3,422,000) | | | | |
| **FY25 Justifications:** | | | | | | | |
| 1. Remick Settlement | 200 | | 2,351,478 | | | | |
| 2. Food Services | 200 | | 307,643 | | | | |
| 3. Maintenance contract | 200 | | 4,514,256 | | | | |
| 4. New furniture | 300/400 | | 395,000 | (395,000) | | | |
| **FY25 Caucus Changes:** | | | | | | | |
| 1. Local 159 Award- FY25 4.5% wage increase (outyears) | 100 | | | 5,383,979 | | | |