| County Class | County Name | Bed Capacity | Supervision Type (Direct, Indirect, Combination) | Starting Rate Full Time C.O. (hourly) | Shift Differential | Starting Rate Part Time C.O. (hourly) | Increase after Probation or 1 Year | Starting Rate Sergeant | Difference between Sgt. And CO | Starting Rate Lieutenant/Shift Commander | Starting Rate Captain/Shift Commander | Sign-On Bonus Amount | Retention Bonus Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5th | Adams | 449 | Direct | $21.00 | $1.00 | $21.00 | N/A | $24.15 | 15.00% | $27.15 | Salary Position | N/A | N/A |
| 2nd | Allegheny | 3,183 | Direct | $22.82 | N/A | $22.82 | $24.29 | $42.93 | 88.18% | N/A | $47.33 | N/A | N/A |
| 6th | Armstrong | 158 | Indirect | $16.00 | N/A | $16.00 | N/A | N/A | N/A | $26.52 | N/A | N/A | N/A |
| 4th | Beaver | 402 | Combination | | | | | | | | | | |
| 6th | Bedford | 186 | Direct | $14.00 | $0.35 | $14.00 | $15.50 After Training | N/A | N/A | $17.00 | $19.00 | N/A | N/A |
| 3rd | Berks | 1,385 | Direct | $24.85 | N/A | N/A | $28.33 after Probation | $26.42 | 6.32% | $32.91 | N/A | N/A | N/A |
| | | | | | | | $31.82 after 1 year | $36.87 | 48.37% | $49.36 | | | |
| 5th | Blair | 350 | | | | | | | | | | | |
| 6th | Bradford | 207 | Direct | $17.00 | $0.00 - 1st $0.45 - 2nd $0.45 - 3rd | $14.00 | N/A | $19.00 | 11.76% | N/A | N/A | N/A | $500 after 3 yr $750 after 6 yr $1,000 after 10 yr |
| 2A | Bucks | 1,171 | Direct | $24.19 | $1.35 | N/A | $25.04 | $34.45 | 42.41% | $41.82 | $50.67 | N/A | N/A |
| | | | | | | | $31.92 | $37.59 | 55.39% | $47.36 | | | |
| 4th | Butler | 572 | Direct | $21.56 | $0.60 | $21.56 | $21.64 | $29.49 | 36.78% | N/A | $33.59 | N/A | N/A |
| | | | | | | | | $30.08 | 39.52% | | | | |
| 4th | Cambria | 490 | Direct | $22.95 | $0.25 | $14.00 | N/A | N/A | #VALUE! | $27.64 | $29.67 | N/A | N/A |
| 6th | Carbon | 248 | Direct | $18.46 | $1.00 | $16.00 | $19.56 | $24.00 | 30.01% | $26.11 | N/A | N/A | N/A |
| 4th | Centre | 397 | Direct | $21.25 | $0.25 $0.40 Weekend | $21.25 | YES | N/A | N/A | $25.03 | N/A | N/A | N/A |
| 3rd | Chester | 1,023 | Combination | $24.40 | $0.50 | $24.40 | Annual review for all employees | $27.94 | 14.51% | $30.45 | $36.18 | N/A | $1000 after 9 months $1000 after 18 months |
| 6th | Clarion | 126 | Combination | $14.75 | $0.45 | $14.75 | $15.25 | $16.25 | 10.17% | N/A | N/A | N/A | N/A |
| 6th | Clearfield | 139 | Indirect | | | | | | | | | | |
| 6th | Clinton | 298 | Combination | $16.08 | $0.30 | $15.00 | $16.67 | N/A | N/A | $21.35 | $24.43 | N/A | N/A |
| 6th | Columbia | 200 | Combination | $18.35 | $0.50 - 2nd $0.75 - 3rd | $18.35 | $21.03 | $25.39 | 38.37% | $24.04 | N/A | N/A | N/A |
| 6th | Crawford | 282 | Direct | $18.11 | $0.25 | $15.00 | N/A | $18.43-18.63 | 2.87% | $24.85 | $25.85 | N/A | N/A |
| 3rd | Cumberland | 720 | Combination | $20.62 | 0.75 | $20.62 | N/A | $26.68 | 29.39% | $34.14 | N/A | N/A | N/A |
| 3rd | Dauphin | 1,322 | Direct | $22.13 | $0.20 | N/A | N/A | $32.00 | 44.60% | $32.50 | $33.00 | N/A | N/A |
| 2A | Delaware | 1,883 | Direct | $24.00 | N/A | N/A | N/A | $26.50 | 10.42% | $28.00 | $37.00 | N/A | N/A |
| 6th | Elk | 78 | Direct | $20.51 | $1.05 - 2nd $2.05 - 3rd | $15.56 | $18.23 | $24.07 | 17.36% | N/A | N/A | N/A | N/A |
| 3rd | Erie | 710 | Direct | $18.17 | $0.50 | N/A | $18.72 | N/A | N/A | $24.32 | $25.78 | N/A | N/A |
| 5th | Fayette | 262 | Combination | $18.45 | $0.80 | $16.40 | N/A | $24.45 | 32.52% | $26.40 | $28.53 | N/A | N/A |
| 4th | Franklin | 500 | Direct | $20.53 | $1.00 | N/A | N/A | N/A | N/A | $28.97 | $30.37 | N/A | N/A |

| County Class | County Name | Bed Capacity | Supervision Type (Direct, Indirect, Combination) | Starting Rate Full Time C.O. (hourly) | Shift Differential | Starting Rate Part Time C.O. (hourly) | Increase after Probation or 1 Year | Starting Rate Sergeant | Difference between Sgt. And CO | Starting Rate Lieutenant/Shift Commander | Starting Rate Captain/Shift Commander | Sign-On Bonus Amount | Retention Bonus Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6th | Greene | 126 | Combination | $15.77 | $0.60 | $14.77 | $1.00/hour after academy training | N/A | N/A | $19.27 | N/A | N/A | N/A |
| 6th | Huntingdon | 46 | Direct | $19.77 | $0.50 | N/A | $21.77 | N/A | N/A | $30.11 | N/A | N/A | N/A |
| 6th | Indiana | 256 | Direct | $18.31 | N/A | $15.87 | $19.31 | $27.35 | 49.37% | N/A | $29.33 | N/A | N/A |
| 6th | Jefferson | 211 | Indirect | $19.15 | N/A | $17.15 | N/A | $20.15 | 5.22% | $21.40 | N/A | N/A | N/A |
| 3rd | Lackawanna | 1,183 | Combination | $22.44 | $0.50 - 2nd / $0.90 - 3rd | $19.10 | N/A | $30.79 | 37.21% | $35.35 | $37.78 | N/A | N/A |
| 2nd | Lancaster | 1,085 | Direct | $25.50 | $1.00 | N/A | N/A | $26.53 | 4.04% | $27.86 | $29.25 | N/A | N/A |
| 5th | Lawrence | 282 | Direct | $18.27 | $0.45 - 2nd / $0.50 - 3rd | $15.00 | 1 Year | $19.27 | 5.47% | N/A | $26.43 | N/A | N/A |
| 5th | Lebanon | 645 | Indirect | $21.84 | $0.80 - 2nd / $0.75 - 3rd | $21.63 | CBA | $24.46 / $36.00 | 12.00% / 64.84% | N/A | $27.36 / $39.07 | N/A | CBA |
| 3rd | Lehigh | 1,363 | Combination | $23.38 | $0.60 - 2nd / $0.45 - 3rd | $31.81 | After 1 year | $33.42 | 42.94% | $35.77 | N/A | $3 per hr. - 40hrs | $3 per hr. - 40hrs |
| 3rd | Luzerne | 537 | Direct | $17.27 | $0.40 (3-11) / $0.50 (11-7) | N/A | $19.21 | $33.57 | 94.38% | $30.29 | $31.70 | N/A | N/A |
| 5th | Lycoming | 256 | Indirect | $20.00 | $0.50 | $20.00 | Increase on 1/1 | Varies based on experience | N/A | Varies based on experience | N/A | N/A | N/A |
| 6th | McKean | 106 | Indirect | $19.27 | $0.65 / $0.65 - Weekends | $18.80 | $19.67 | N/A | N/A | OIC = $1.50 more an hour | N/A | N/A | N/A |
| 5th | Mercer | 309 | Direct | $18.32 | $0.40 - 2nd / $0.35 - 3rd | $16.49 | $20.17 after 1 year | N/A | N/A | $19.53 | N/A | N/A | N/A |
| 6th | Mifflin | 160 | Combination | $19.90 | $0.35 | $19.90 | $22.11 (after 6 months) | $24.15 | 21.36% | $26.19 | N/A | N/A | N/A |
| 4th | Monroe | 435 | Direct | $21.8192 | $1.00 | N/A | $23.5903 | $27.77 | 27.27% | $30.55 | N/A | N/A | N/A |
| 2A | Montgomery | 2,080 | Combination | $21.22 | N/A | N/A | N/A | $25.91-38.76 | 22.10% | $26.71-42.73 | $29.45-47.11 | YES | YES |
| 8th | Montour | 46 | Direct | $15.32 | $0.45 | $14.43 | 17.20 after 1 year | N/A | N/A | $18.20 for the OIC | N/A | N/A | N/A |
| 3rd | Northampton | 786 | Combination | $18.93 | $0.85 (2pm-6am) | no part time | Only Contractual | $26.21 | 38.46% | $27.44 | $30.09 | N/A | Increments |
| 5th | Northumberland | 284 | Direct | | | | | | | | | | |
| 6th | Perry | 135 | Indirect | $20.83 | N/A | $20.83 | $21.50 (after 90 days) | | | | | N/A | N/A |
| 1st | Philadelphia CFCF | 2,560 | Direct | $28.47 | N/A | N/A | Annual increases to top level after 5 years | $30.42 | 6.85% | $32.32 | $39.09 | $2,000 | $500 quarterly for perfect attendance |
| 1st | Philadelphia DC | 1,677 | Direct | $28.47 | N/A | N/A | Annual increases to top level after 5 years | $30.42 | 6.85% | $32.32 | $39.09 | $2,000 | $500 quarterly for perfect attendance |
| 1st | Philadelphia PICC | 1,250 | Direct | $28.47 | N/A | N/A | Annual increases to top level after 5 years | $30.42 | 6.85% | $32.32 | $39.09 | $2,000 | $500 quarterly for perfect attendance |
| 1st | Philadelphia RCF | 1,012 | Direct | $28.47 | N/A | N/A | Annual increases to top level after 5 years | $30.42 | 6.85% | $32.32 | $39.09 | $2,000 | $500 quarterly for perfect attendance |
| 6th | Pike | 375 | Direct | $25.46 | $0.30 | n/a | $27.58 - 1 year | $39.40 | 54.75% | $41.99 | N/A | N/A | YES |
| 8th | Potter | 73 | Direct | $15.00 | $0.60 - 2nd / $0.65 - 3rd | $15.00 | January raise | N/A | N/A | OIC - $2.00 more an hour | N/A | N/A | N/A |

| County Class | County Name | Bed Capacity | Supervision Type (Direct, Indirect, Combination) | Starting Rate Full Time C.O. (hourly) | Shift Differential | Starting Rate Part Time C.O. (hourly) | Increase after Probation or 1 Year | Starting Rate Sergeant | Difference between Sgt. And CO | Starting Rate Lieutenant/Shift Commander | Starting Rate Captain/Shift Commander | Sign-On Bonus Amount | Retention Bonus Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4th | Schuylkill | 277 | | | | | | | | | | | |
| 7th | Snyder | 138 | Combination | $16.48 | $0.50 | $14.80 | $18.41 - 1 year | $17.48 | 6.07% | $20.00 | N/A | N/A | N/A |
| 6th | Somerset | 124 | Indirect | $16.79 | $0.00 / $0.55 - 4p-12a / $0.25 - 12a-8a | $16.79 | $17.91 - 6m / $20.14 - 12m / $22.38 - 18m | | | | | N/A | N/A |
| 6th | Susquehanna | 111 | Direct | $16.43 | $0.45 - Evening / $0.55 - Midnight | $16.43 | N/A | $19.33 | 17.65% | $20.77 | N/A | N/A | N/A |
| 6th | Tioga | 141 | Direct | $20.17 | $0.60 - 2nd / $0.75 - 3rd | $13.81 | $14.06 (6mths) / $14.31 (1 Year) | | | | | N/A | N/A |
| 7th | Union | 42 | Indirect | $17.85 | N/A | $17.85 | $18.85 | N/A | N/A | $22.00 | N/A | N/A | N/A |
| 6th | Venango | 180 | | | | | | | | | | | |
| 6th | Warren | 139 | Indirect | $15.29 | $0.60 | $15.29 | $21.69 | $23.89 | 56.25% | $27.00 | N/A | N/A | N/A |
| 4th | Washington | 407 | Combination | $23.30 | N/A | $23.30 | $23.94 | $24.03 | 3.13% | $28.18 | $30.73 | NA | N/A |
| 6th | Wayne | 210 | Direct | $20.35 | $0.75 - 2nd / $1.00 - 3rd | $18.00 | N/A | $29.60 | 45.45% | N/A | N/A | N/A | N/A |
| 3rd | Westmoreland | 723 | Direct | $18.22 | $0.50 | N/A | $24.25 | $27.43 | 50.55% | $28.45 | N/A | N/A | N/A |
| 7th | Wyoming | 78 | Direct | $16.25 | $0.25 | $15.00 | $17.25 - 90 days | Depends on years of service | N/A | N/A | N/A | $2,000.00 | N/A |
| 3rd | York | 2,250 | Combination | $28.16 | $0.55 - Eve / $0.70 - Night | $25.11 | 29.16 after 180 days | $29.16 | 3.55% | $35.20 | N/A | N/A | N/A |

| | |
|---|---|
| AVERAGE OFFICER FULL COMMONWEALTH | $20.48 |
| AVERAGE SERGEANT FULL COMMONWEALTH | $28.11 |
| AVERAGE LIEUTENANT FULL COMMONWEALTH | $29.80 |
| AVERAGE CAPTAIN FULL COMMONWEALTH | $34.04 |

| County Class | County Name | Referral Bonus Amount | 8 Hour Shift (Yes/No) | Set Pass Days / Rotating | 12 Hour Shift (Yes/No) | Set Pass Days / Rotating | Union (Yes/No) | Expiration Date of CBA | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 5th | Adams | N/A | YES | Set Pass Days | YES | Set Pass Days | YES | 12/31/2025 | 12-hour shifts current because of a MOU. By our CBA, we would be on 8-hour shifts. Our offender transport team earns an additional $1.00 per hour when engaged in transport/hospital. Our Intake qualified COs received an additional $0.75 per hour when they are posted in Intake. |
| 2nd | Allegheny | N/A | YES | Bid: set, Floating: rotating | NO | N/A | YES | 12/31/2023 | |
| 6th | Armstrong | N/A | YES | Rotating (6 and 2) | NO | N/A | YES | Negotiating now for 2023 | |
| 4th | Beaver | | | | | | | | |
| 6th | Bedford | N/A | NO | N/A | YES | Set Pass Days | YES | 12/31/2023 | |
| 3rd | Berks | $500 after 1 year of continuous full-time service | YES | 4&2 and 5&2, schedules vary by bid position | NO | N/A | YES | 2023 | Currently Negotiating |
| 5th | Blair | | | | | | | | |
| 6th | Bradford | N/A | YES | Set Pass Days | NO | N/A | YES | 2024 | |
| 2A | Bucks | N/A | YES | Set Pass Days | NO | N/A | YES | 12/31/2024 | |
| 4th | Butler | N/A | YES | Set Pass Days | NO | N/A | YES | 12/31/2026 | AFSCME |
| 4th | Cambria | N/A | YES | CO - both, Lt/Capt - Set | NO | N/A | YES | 12/31/2027 | UMWA |
| 6th | Carbon | N/A | YES | Set Pass Days | NO | N/A | YES | Expired Under Negotiation | |
| 4th | Centre | N/A | YES | Rotating | NO | Rotating (6 and 2) | YES | 12/31/2024 | |
| 3rd | Chester | N/A | YES | Rotating | NO | N/A | NO | | |
| 6th | Clarion | N/A | NO | N/A | YES | Set Pass Days | YES | 2024 | |
| 6th | Clearfield | | | | | | | | |
| 6th | Clinton | $100.00 | NO | N/A | YES | Set Pass Days | YES | 2025 | |
| 6th | Columbia | N/A | YES | Color Schedule | NO | N/A | YES | 12/31/2025 | |
| 6th | Crawford | N/A | YES | Set Pass Days | NO | N/A | YES | 2022 | AFSCME - Currently in arbitration |
| 3rd | Cumberland | N/A | YES | Rotating (6 and 2) | NO | N/A | YES | 12/31/2023 | |
| 3rd | Dauphin | N/A | YES | Set Pass Days | NO | N/A | YES | 12/31/2025 | |
| 2A | Delaware | N/A | YES | Set Pass Days | NO | N/A | YES | New Contract | Interim Agreement effective 9/6/23 - Presenting wage compression on 9/19/23 |
| 6th | Elk | N/A | YES | Set Pass Days | NO | N/A | YES | 12/24 | |
| 3rd | Erie | N/A | YES | Set Pass Days | NO | N/A | YES | 12/31/2022 | Contract expired - no negotiations started |
| 5th | Fayette | N/A | YES | Set Pass Days | NO | N/A | YES | 2024 | |
| 4th | Franklin | N/A | YES | Set Pass Days | Lieutenants | Rotating | YES | 12/31/2023 | Currently Negotiating |

| County Class | County Name | Referral Bonus Amount | 8 Hour Shift (Yes/No) | Set Pass Days / Rotating | 12 Hour Shift (Yes/No) | Set Pass Days / Rotating | Union (Yes/No) | Expiration Date of CBA | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 6th | Greene | N/A | YES | Set Pass Days | Lieutenants | Rotating | YES | 12/31/2023 | |
| 6th | Huntingdon | N/A | YES | Rotating | NO | N/A | YES | 2025 | |
| 6th | Indiana | N/A | YES | Rotating (7 and 4 OR 7 and 3) | YES | Set Pass Days | YES | 12/31/2023 | Currently Negotiating |
| 6th | Jefferson | Personal Leave Day | NO | N/A | YES | Rotating | YES | 12/31/2024 | UMWA |
| 3rd | Lackawanna | N/A | YES | Rotating | NO | N/A | YES | 12/31/2027 | |
| 2nd | Lancaster | $500 | YES | Set Pass Days | NO | N/A | YES | 12/31/2025 | |
| 5th | Lawrence | N/A | YES | Rotating (5 and 2) | NO | N/A | YES | 12/31/2023 | |
| 5th | Lebanon | N/A | YES | Rotating (6 and 2) | NO | Sergeants Rotating (5 and | YES | 2025 | |
| 3rd | Lehigh | N/A | YES | Bid days/shift | NO | N/A | YES | 12/31/2025 | Currently Negotiating |
| 3rd | Luzerne | N/A | YES | Set Pass Days | NO | N/A | YES | 12/31/2023 | |
| 5th | Lycoming | N/A | YES | Both | NO | N/A | YES | 12/31/2022 | In Interest Arbitration |
| 6th | McKean | N/A | YES | Set Pass Days | NO | N/A | YES | 2025 | |
| 5th | Mercer | N/A | YES | Both | NO | N/A | YES | 12/31/2026 | |
| 6th | Mifflin | N/A | YES | Rotating | NO | N/A | YES | 2024 | |
| 4th | Monroe | N/A | 10 / 8 / 8 | Rotating | NO | N/A | YES | 12/31/2024 | |
| 2A | Montgomery | YES-$500 | NO | N/A | YES | Set Rotation/ Compressed | YES | 12/31/2022 | In Interest Arbitration meeting 8/22/23 |
| 8th | Montour | N/A | YES | Both | NO | N/A | YES | 12/31/2023 | |
| 3rd | Northampton | N/A | YES | Set Pass Days Every other weekend off | NO | N/A | YES | 12/31/2022 | In Interest Arbitration |
| 5th | Northumberland | | | | | | | | |
| 6th | Perry | N/A | YES | Set Pass Days | NO | N/A | Yes | 2022 | In Arbitration |
| 1st | Philadelphia CFCF | N/A | YES | Both | YES | Rotating | | | |
| 1st | Philadelphia DC | N/A | YES | Both | YES | Rotating | | | |
| 1st | Philadelphia PICC | N/A | YES | Both | YES | Rotating | | | |
| 1st | Philadelphia RCF | N/A | YES | Both | YES | Rotating | | | |
| 6th | Pike | $200 + 2 personal days | YES | Rotating (4 and 2) | hospital duty only | N/A | YES | 5/31/2026 | |
| 8th | Potter | N/A | YES | Set Pass Days | NO | N/A | YES | 12/31/2023 | 3 year contract |

| County Class | County Name | Referral Bonus Amount | 8 Hour Shift (Yes/No) | Set Pass Days / Rotating | 12 Hour Shift (Yes/No) | Set Pass Days / Rotating | Union (Yes/No) | Expiration Date of CBA | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 4th | Schuylkill | | | | | | | | |
| 7th | Snyder | N/A | YES | Rotating | NO | N/A | YES | 12/31/2023 | |
| 6th | Somerset | $250 | YES | Rotating | NO | | YES | 12/31/2026 | |
| 6th | Susquehanna | N/A | YES | Set Pass Days | NO | N/A | YES | N/A | |
| 6th | Tioga | N/A | YES | Set Pass Days | NO | N/A | N/A | n/a | |
| 7th | Union | N/A | YES | Rotating (6 and 2) | NO | N/A | NO | N/A | |
| 6th | Venango | | | | | | | | |
| 6th | Warren | N/A | NO | N/A | YES | Set Pass Days | YES | 12/31/2025 | |
| 4th | Washington | N/A | N/A | Set Pass Days | YES | Set Pass Days | YES | Dec-26 | |
| 6th | Wayne | N/A | YES | Set Pass Days | NO | N/A | YES | 12/31/2025 | AFSCME |
| 3rd | Westmoreland | 500 | YES | Set Pass Days | NO | N/A | YES | Jan-23 | In Arbitration |
| 7th | Wyoming | N/A | YES | Set Pass Days | NO | N/A | YES | 2028 | |
| 3rd | York | $700 | YES | Set Pass Days | Lieutenants/ Shift Commanders Only | Set Pass Days | | | |

AVERAGE OFFICER
AVERAGE SERGEANT
AVERAGE LIEUTENANT
AVERAGE CAPTAIN