

# DEPARTMENT OF PRISONS DIGITAL MINI-CAMPAIGN REPORT

Office of Human Resources,
City of Philadelphia

**Report Submitted:** April 1st, 2024

(Data Through March 26th, 2024)

# EXECUTIVE SUMMARY

On February 19th, Boom Chicka was tasked with developing a digital paid media plan for Philadelphia's Department of Prisons recruitment campaign, which was scheduled to run until the end of March. The first draft of the paid media plan was submitted for review on February 21st, and the first tactics went live on March 4th, less than two weeks later.

Focused on Corrections Officer recruitment. The campaign included:

- A TV campaign on PHL17 that ran a 00:30 second ad more than 100 times, during March.

- A Video Pre-Roll campaign targeting the play a 00:15 second ad at the start of online videos.

- A YouTube campaign that rotated 00:15 and 00:30 second ads, before and during YouTube video plays.

- A Digital Display campaign that combined programmatic ad buying with in-county placements.

- High-profile online promotion through PhillyVoice.

- A radio campaign that combined produced audio spots with on-air live reads.

- A Spotify campaign in English and Spanish, combining demographic and behavioral targeting.

- Digital billboards designed to generate almost 2 million Impressions.

- Facebook advertising, towards the end of March, that built upon awareness created by the larger OHR advertising campaign.

- Content translated into Spanish.

- Recording voiceovers and producing finished audio spots, along with dozens of digital banners.

# Top-Line Tactical Results

- Results Summary
- Google Analytics (GA4)
- Facebook
- Digital Display

City of Philadelphia, Office of Human Resources        Dept. of Prisons Digital Mini-Campaign Report 04/01        4

# Results Summary

| TACTIC | IMPRESSIONS | REACH | CTR |
|---|---|---|---|
| Facebook (Ad 1 – White Female CO) | 32,242 | 17,520 | 5.11% |
| Facebook (Ad 2 – White Male CO) | 17,300 | 10,261 | 4.51%% |
| Facebook (Ad 3 – African-American Male CO) | 28,820 | 17,495 | 4.80% |

| TACTIC | IMPRESSIONS | SPOTS | FREQUENCY |
|---|---|---|---|
| TV Spots (PHL17 – Adults 18+) | 1,616,880 | 112 | 3.7 |

| TACTIC | IMPRESSIONS | REACH | VCR |
|---|---|---|---|
| Video Pre-Roll | 350,164 | N/A | 82% |
| YouTube Videos | 142,172 | N/A | 65% |

| TACTIC | IMPRESSIONS | REACH | CTR |
|---|---|---|---|
| Digital Display Ads | 550,156 | N/A | 0.15% |

# Results Summary

| TACTIC | IMPRESSIONS | REACH | ACTION |
|---|---|---|---|
| Billboards | 1,837,500 | N/A | N/A |
| Radio **(WIP/KYW)** | N/A | N/A | N/A |
| PhillyVoice | 500,000 | N/A | N/A |
| Spotify **(English Ad)** | 383,473 | 153,931 | **0.09%** |
| Spotify **(Spanish Ad)** | 110,443 | 28,357 | **0.07%** |

# Google Analytics – Phila.gov/Prisons

Between the beginning of February 7th, 2024 and the end of March 31st, 2024 the City's Google Analytics (GA4) account recorded the following for phila.gov/prisons:

- **30,444 Users engaged with the URL over those 54 days**; and the campaign was live during the final 27 days of that period.
- **16,020 Users (52.6% of the total since February 7th) visited during the digital mini-campaign**; that is 18.5 more Users each day, on average.
- **The /prisons page averaged 552.5 Users per day during the campaign**, while the 27 days prior to the campaign launch saw an average of 534 Users per day.

Since February 7th, 2024, six of the seven busiest days (days with more than 650 Users) for the City's prisons page were during the digital mini-campaign:

- The **busiest day of the campaign was Monday, March 25th**, with 679 Users.
- The **second busiest day saw 662** Users visiting on both Monday, March 11th and Tuesday, March 12th.
- Since January 1st, the /prisons page has **recorded 17 days when at least 650 Users visited**. 6 of those (35%) were during the campaign's 27 days.
- That means, **1 out of every 4.5 campaign days saw at least 650 Users**, versus 1 out of every 5.7 days for the rest of 2024.



## Google Analytics – Do Something Big Posts

Between February 27, 2024, and the end of March 25th, the **'Career In Accounting'** blog post recorded:
- 745 Users over 27 days.
- That post has averaged 27.6 Users per day.
- The busiest single day was Tuesday, March 12th which saw 56 Users.



During the same period, the '**Career in Healthcare'** post recorded:
- 942 Users of 27 days.
- That post has averaged 34.9 Users per day.
- The busiest single day was Monday, March 11th, with 69 Users.



## Facebook – Campaign Overview

| Clicks | Impressions | Reach | Average CPC |
|---|---|---|---|
| 3,813 | 78,362 | 31,826 | $0.14 |

| Average CPM | CTR | Frequency | |
|---|---|---|---|
| $6.65 | 4.87% | 2.46 | |



| Ad | Ad Set | Clicks | Impressions | Reach | Average CPM | CTR | FREQUENCY |
|---|---|---|---|---|---|---|---|
| Prisons_3_Teaser Campaign | PUBLIC SAFETY_Teaser Campaign | 1,649 | 32,242 | 17,520 | $6.79 | 5.11% | 1.84 |
| Prisons_1_Teaser Campaign | PUBLIC SAFETY_Teaser Campaign | 780 | 17,300 | 10,261 | $6.06 | 4.51% | 1.69 |
| Prisons_2_Teaser Campaign | PUBLIC SAFETY_Teaser Campaign | 1,384 | 28,820 | 17,495 | $6.84 | 4.80% | 1.65 |







- Female category Facebook users = 58.58% of Clicks
- Female category CTR = 4.13%, versus 3.62% for Male category users.
- CPM costs were $7.91 for Female category users, and $6.37 for Male category users.

# Digital Display Ads

It's important to note that while Digital Display Ad campaigns can show results after seven days, **it typically takes around three months for any display campaign to reach full potential**. Most experts agree that marketers may not know if their efforts have paid off until four to six months have passed.

That said, our Digital Display campaign performed adequately against industry benchmarks, despite the truncated nature of this campaign (27 days instead of 6 months), **achieving a 0.04% CTR against the all-industries average of 0.05%**.

Google's own Rich Media Gallery shows the average CTR for some common and popular types of display ads:



Our Digital Display campaign top-line results include:

- A total of **550,156 Impressions** won, between March 6th and March 25th.
- **220 clicks** on our Display ads, for a CTR of 0.04%
- More than 98% of all Impressions and Clicks were achieved within Philadelphia County.