# INTAKE

| INTAKES PROCESSED | NUMBER OF IP's |
|---|---|
| Female | 193 |
| Male | 1133 |
| **Grand Total** | **1326** |
| Total Discrete Individuals Processed | 1326 |
| Average Monthly Intakes | 1325 |

# DISCHARGE

| DISCHARGES PROCESSED | NUMBER OF IP's |
|---|---|
| Female | 186 |
| Male | 1174 |
| **Grand Total** | **1360** |
| Average Monthly Discharges | 1373 |

# POPULATION

| POPULATION | NUMBER OF IP's |
|---|---|
| Total Population | 4637 |
| Male Population | 4296 |
| Female Population | 341 |
| Juvenile Male Population | 16 |
| Juvenile Female Population | 1 |

# DISCHARGE REASONS

| REASON FOR DISCHARGE | NUMBER OF DISCHARGES | PERCENTAGE OF DISCHARGES |
|---|---|---|
| Bail | 350 | 26% |
| House Arrest | 83 | 6% |
| Parole | 81 | 6% |
| Program | 80 | 6% |
| Time Served | 23 | 2% |
| Other* | 743 | 55% |
| **Grand Total** | **1360** | **100%** |

| DETAILED REASON FOR DISCHARGE | NUMBER OF DISCHARGES | PERCENTAGE OF DISCHARGES |
|---|---|---|
| Bail Paid | 194 | 14.3% |
| County Parole | 75 | 5.5% |
| Pretrial Electronic Monitoring | 75 | 5.5 |
| Sentenced Electronic Monitoring | 8 | 0.6% |
| Time Served/Expired Sentence | 23 | 1.7% |
| Released to Parole Agent | 2 | 0.1% |
| Released to Program | 80 | 5.9% |
| State Parole | 4 | 0.3% |
| Released on Own Recognizance (ROR) | 156 | 11.5% |
| Other* | 743 | 54.6% |
| **Grand Total** | **194** | **100%** |

# MOST SERIOUS OFFENSES

| TYPE OF CRIME | NUMBER OF IP's CHARGED | PERCENTAGE OF IP's CHARGED |
|---|---|---|
| Aggravated Assault | 619 | 19% |
| Arson and Related Offenses | 30 | 0.9% |
| Burglary | 190 | 5.8% |
| Kidnapping | 5 | 0.2% |
| Larceny | 136 | 4.2% |
| Murder | 706 | 21.7% |
| Rape | 152 | 4.7% |
| Robbery | 412 | 12.7% |
| Vio CS/Drug/Dev & Cosmetic Act | 1000 | 30.8% |
| **Grand Total** | **3250** | **100%** |

## MONTHLY LENGTH OF STAY

| LENGTH OF STAY | NUMBER OF IP's RELEASED | PERCENTAGE OF IP's RELEASED |
|---|---|---|
| Same Day as Intake | 49 | 3.6% |
| 1 Day | 114 | 8.4% |
| 2-4 Days | 138 | 10.1% |
| 5-14 Days | 234 | 17.2% |
| 15-30 Days | 168 | 12.4% |
| 31-60 Days | 115 | 8.5% |
| 61-90 Days | 98 | 7.2% |
| 91+ Days | 444 | 32.6% |
| **Grand Total** | **1360** | **100%** |

## TIME IN CUSTODY

| TIME IN CUSTODY | NUMBER OF IP's DETAINED | PERCENTAGE OF IP's DETAINED |
|---|---|---|
| Held 30 Days or Less | 743 | 16% |
| Held 31-60 Days | 557 | 12% |
| Held 60-90-Days | 419 | 9% |
| Held over 91 Days | 2938 | 63% |
| **Grand Total** | **4657** | **100%** |

# PRETRIAL DEMOGRAPHICS

| AGE RANGE | NUMBER OF IP's | PERCENTAGE OF IP's |
|---|---|---|
| Under 18 | 17 | 0.4% |
| 18-24 | 801 | 19.5% |
| 25-34 | 1636 | 39.8% |
| 35-44 | 985 | 24% |
| 45-54 | 432 | 10.5% |
| 55-64 | 189 | 4.6% |
| 65 and over | 49 | 1.2% |
| **Grand Total** | **4109** | **100%** |

| RACE | NUMBER OF IP's | PERCENTAGE OF IP's |
|---|---|---|
| ASIAN | 24 | 0.6% |
| BLACK | 2946 | 71.7% |
| HISPANIC | 739 | 18% |
| OTHER | 42 | 1% |
| WHITE | 359 | 8.7% |
| **Grand Total** | **4110** | **100%** |

| SEX | NUMBER OF IP's | PERCENTAGE OF IP's |
|---|---|---|
| Female | 307 | 7.5% |
| Male | 3803 | 92.5% |
| **Grand Total** | **4110** | **100%** |

## PRETRIAL POPULATION

| FACILITY | NUMBER OF IP's | PERCENTAGE OF IP's |
|---|---|---|
| ASDCU (MOD 3) | 17 | 0.4% |
| CFCF | 2091 | 50.9% |
| DC | 428 | 10.4% |
| OJ | 162 | 3.9% |
| PICC | 854 | 20.8% |
| RCF | 558 | 13.6% |
| **Grand Total** | **4110** | **100%** |

## SENTENCED POPULATION

| FACILITY | NUMBER OF IP's | PERCENTAGE OF IP's |
|---|---|---|
| ASDCU (MOD 3) | 0 | 0% |
| CFCF | 153 | 28% |
| DC | 132 | 24.1% |
| OJ | 7 | 1.3% |
| PICC | 103 | 18.8% |
| RCF | 152 | 27.8% |
| **Grand Total** | **547** | **100%** |