Ralph W. McClain, Jr.
c/o Ms. Money Hunt
P.O. Box 5615
Phila., PA 19129

July 28, 2024

George Wylesol, Clerk of Court
United States District Court
Eastern District of Pennsylvania
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: <u>Remick v. City of Phila., #20-cv-1959</u>

Dear Mr. Wylesol:

Please file my enclosed class member letter in the above civil action.

Also, please provide me copies of the updated docket sheets reports for these civil actions:
<u>McClain v. Shaylor, #19-5148</u>
<u>Remick v. City, #20-1959</u>
<u>McClain v. Hilty, #22-1728</u>
<u>McClain v. Carney, #23-4012</u>
<u>McClain v. Krasner, #23-4825</u>
<u>McClain v. Murray, #23-4859</u>
<u>Jones v. Carney, #23-3791</u>

Thank-you!

Ralph W. McClain, Jr.
Class member Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS REMICK, et al.,
        Plaintiffs,

v.

CITY OF PHILADELPHIA, et al.,
        Defendants

CIVIL ACTION
#20-1959

## LETTER OF CONCERN TO CLASS COUNSEL, COURT, AND DEFENDANTS, FROM INJURED CLASS MEMBER MR. MCCLAIN

I am Ralph W. McClain, Jr., P.P. #814451.

I have been held captive on State Road in PDP custody since 5-10-23 when I maxed out 22 years from the Pa. D.O.C.

Of the current utmost importance is the recovery of my legal work for my Superior Court wrongful conviction appeals and lawsuits against the D.O.C. and PDP officials from 2017-2018.

I need the heldheld camcorder and surveillance cameras footages from CFCF's A-1-3 unit on Sat. 7-13-24. From the cell extraction lead by Sgt. Kilson and Lt. McKenzie, and showing the removal of my property and bags of legal work from A-1-3/cell 4 to A-1-3 multi-purpose room #1 (and the cleaning out of the cell by the workers). All on 7-13-24 (about 8 a.m. to about 5 p.m.).

-1 of 4-

Then I need the A-1-3 CFCF surveillance cameras footages from Fri. 7-26-24 (at about 10 a.m.) showing me being bought out of A-1-3 cell #4 by C.O. DeLeone and C.O. Hawkins, for transfer to RCF (I did not know I was being transferred when I came out), and showing said two C.O.s retrieving bags of my property and legal work from A-1-3 multi-purpose room #1, while I waited in the A-1-3 sally port, and it (3 bags) being given out to me to leave with with Sgt. Kilson.

I got the 3 bags, and inventoried it all, at RCF on evening of 7-26-24.

The bag that had my superior court appeal stuff in it included 5 years of case law research and notes and alot of other stuff I worked on for years and have no other records of (besides what they are holding hostage). It was all wrapped in a sheet, then a blanket around the sheet, then inside of 2 big clear trash bags. It would be easy to spot on, both, the cell extraction handheld camcorder, and the surveillances videos from 7-13-24 and 7-26-24.

On 7-13-24 I was battered in the chest by the C.O.s in 4 cell during the cell extraction. I have been having extreme chest pains to my heart and lungs (organs) as well as bones and muscles of my upper left torso.

I need a heart doctor and EKG and they have been ignoring my requests for medical care to cover up the gawds criminal activities victimizing me.

I also have severe head injuries and need a neurology doctor and brain scan. I was battered in the back of the head by C.O.s at D.C. on 7-13-24, where I was sent to be further assault victimized after the cell extration that morning at CFCF. And I was driven into insanity of busting my forehead open on the wall in A-1-3 cell #4 at CFCF on mon. 7-8-24.

On 7-8-24 I was taken to the medical department, but all they did was put a wound wrap around my head, give me a tylenol, and sent me back to the solitary confinement cell. I seen no doctor, only a couple of nurses.

It has been a year since I interviewed with Bret Grote's Abolitionist Law Project regarding this class action.

It has also been a year since I met with Grace Harris, Esq., of Kairy Rudovsky Messing Feinberg & Lin, LLP.

Class Co-counsel, Grace Harris, et al, gave tacit approval for PDP officials to place me in the hole on 8-7-23, and all the civil and criminal wrongs done me in the hole since than. because of this, I believe I have 1983 conspiracy claims of validity against multiple of the Remick class co-counselors (Susan Lin, Su Ming Yeh, Bret Grote, Grace Harris, Rudovsky and Feinberg).

-3 of 4-

They did it to use me as a control for class litigation related to SMU housing, to force me into my own 1983 civil rights litigations against DOP SMU conditions of confinement, so that they can use it to forward their Remick class action counsel business commercial profitting agenda with my SMU litigation materials.

Its a lot I want to say but can't, due to not being able to write it here and not having time or patients to keep writing in my current condition.

I would like to finally speak with Grace again, so I can know for sure what my standing actually is in this matter with the co-counsel contingent.

I'm not trying to keep suffering in prison because people don't like how I look or so a bunch of vampires can use my pain, praying that its best if I die for them and that I commit suicide, for their personal and professional blood sucking gains.

I also believe I have lessor claims against monitor Beltz and her assistant Ryan.

Farewell for the better & Thank you to those genuinely in solidarity to my cause.

Truely with ~~sincerity~~,

Ralph W. McClain, Jr.
unnamed class plaintiff - pro se

-4 of 4-

Luis Calvcano
Philadelphia Dept. of Prisons
Phila, PA 19136
P.P. #807724

COURT - LEGAL

PHILADELPHIA PA 190
5 AUG 2024 PM 8 L

George Wylesol, Clerk of Court
United States District Court
Eastern District of Pennsylvania
3609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RECEIVED
AUG - 8 2024