**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS REMICK, ET AL.,** | : | |
| | : | **CIVIL ACTION NO. 20-1959** |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |

**ORDER**

This 9th day of September, 2024, it is hereby **ORDERED** that Plaintiff's Motion for Copy of Full Docket and Reissue of Notices (ECF 202) is **DENIED** as **MOOT**.

/s/ Gerald Austin McHugh
United States District Judge