# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS REMICK, ET AL.,** : | |
| : | **CIVIL ACTION NO. 20-1959** |
| **v.** : | |
| : | |
| **CITY OF PHILADELPHIA, ET AL.** : | |

## ORDER

This 15th day of October 2024, the Clerk of Court is hereby **ORDERED** to disburse from the Registry of the Court the sum of $25 million dollars, payable to the City of Philadelphia for further credit to the City of Philadelphia Grants Fund, to be used by the City in accordance with this Court's Order of August 16, 2024.

                                              /s/ Gerald Austin McHugh
                                              United States District Judge