Ralph W. McClain, Jr.
#814451, P.I.C.C.
8301 State Road
Phila., PA 19136

March 4, 2025

Clerk of Court
United States District Court
Eastern District of Pennsylvania
2609 U.S. Courthouse
601 Market Street
Phila., PA 19106

Dear Clerk of Court:

I'm in City of Philadelphia jail P.I.C.C. and they are not issuing me any of my mail.

I'm pro se in your court with several §1983 lawsuits and they are purposefully preventing me from litigating them.

Can you please try to get me the case numbers and docket reports for all of my §1983 prisoner civil rights lawsuits filed in your court.

I have been complaining to my City judges about the legal mail so there's a chance I will recieve what you send to me now.

Yours truly,
Ralph W. McClain, Jr.

