UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

George Wylesol                                                                    Clerk's Office
Clerk of Court                                                                    215-597-7704

03/14/2025

RALPH W. McCLAIN, JR.
# 814451
PICC
8301 STATE ROAD
PHILADELPHIA, PA 19136

RE:        Response to Status Request
           Civil Action No. 20-CV-1959

Dear RALPH W. McCLAIN, JR..

    We have received your request for information on the status of your case. In response,
we are providing a portion of the docket which presents the most recent docket
activity.

                          Sincerely,

                          GEORGE WYLESOL
                          Clerk of Court

           By:    Patrick McLaughlin
                  Deputy Clerk