3/14/25, 11:19 AM  Case 2:20-cv-01959-GAM  United States District Court Eastern District of Pennsylvania  Document 227-1  Filed 03/20/25  Page 1 of 5

HABEAS,PSLC-DK,PSO

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:20-cv-01959-GAM
## Internal Use Only

| | |
|---|---|
| REMICK et al v. CITY OF PHILADELPHIA et al<br>Assigned to: DISTRICT JUDGE GERALD A. MCHUGH<br>related Case: 2:22-cv-00929-MAK<br>Cause: 28:2241 Petition for Writ of Habeas Corpus (federal) | Date Filed: 04/20/2020<br>Jury Demand: None<br>Nature of Suit: 530 Habeas Corpus: (General)<br>Jurisdiction: Federal Question |

**Plaintiff**

THOMAS REMICK     represented by    **DAVID RUDOVSKY**
KAIRYS RUDOVSKY MESSING
FEINBERG & LIN, LLP
THE CAST IRON BLDG STE 501 SOUTH
718 ARCH STREET
PHILADELPHIA, PA 19106
215-925-4400
Fax: 215-925-5365
Email: drudovsky@krlawphila.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JONATHAN H. FEINBERG**
KAIRYS RUDOVSKY MESSING
FEINBERG & LIN LLP
THE CAST IRON BLDG STE 501 SOUTH
718 ARCH STREET
PHILADELPHIA, PA 19106
215-925-4400
Fax: 215-925-5365
Email: jfeinberg@krlawphila.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW A. FELDMAN**
PA INSTITUTIONAL LAW PROJECT
718 ARCH ST SUITE 304 SOUTH
PHILADELPHIA, PA 19106
215-925-2966
Email: mfeldman@pilp.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NICOLAS NOVY**
Cozen O Connor
One Liberty Place
Ste 2800
1650 Market Street

| | | |
|---|---|---|
| 12/22/2023 | 196 | STIPULATED ORDER THAT THE TERMS AND CONDITIONS OF THE AGREEMENT ARE EXTENDED TO APRIL 30, 2025, EXCEPT AS TO THE PROVISIONS IN PARAGRAPHS 15 AND 16, AS TO WHICH THE MONITOR HAS FOUND THAT CITY IS IN SUBSTANTIAL COMPLIANCE. SIGNED BY HONORABLE GERALD A. MCHUGH ON 12/22/2023. 12/22/2023 ENTERED AND COPIES E-MAILED.(sg) Modified on 12/28/2023 (lisad, ). (Entered: 12/22/2023) |
| 01/04/2024 | 197 | STIPULATION AND ORDER THAT UPON THE AGREEMENT OF THE PARTIES THAT (1) THE MONITOR HAS DETERMINED THAT THE DEFENDANTS ARE NOT YET IN SUBSTANTIAL COMPLIANCE WITH CERTAIN TERMS AND CONDITIONS OF THE SETTLEMENT AGREEMENT (ECF NO. 165-2), (2) THE PLAINTIFFS COULD, PURSUANT TO PARAGRAPH 24 OF THE SETTLEMENT, MOVE THE COURT FOR AN EXTENSION OF THE AGREEMENT AS TO THOSE PROVISIONS THAT THE MONITOR HAS NOT YET FOUND THE CITY TO BE IN SUBSTANTIAL COMPLIANCE, AND (3) THE TERMS AND CONDITIONS OF THE AGREEMENT SHOULD BE EXTENDED FOR THOSE PROVISIONS IN WHICH A SUBSTANTIAL COMPLIANCE FINDING HAS NOT YET BEEN MADE, THE COURT HEREBY ORDERS THAT THE TERMS AND CONDITIONS OF THE AGREEMENT WITH THE EXCEPTION OF THE PROVISIONS AT PARAGRAPHS 15 AND 16, WITH WHICH THE CITY ACHIEVED A FINDING OF SUBSTANTIAL COMPLIANCE ARE EXTENDED TO APRIL 30, 2026. SIGNED BY HONORABLE GERALD A. MCHUGH ON 1/4/2024. 1/4/2024 ENTERED AND COPIES E-MAILED.(sg) (Entered: 01/04/2024) |
| 01/26/2024 | 198 | NOTICE of Withdrawal of Appearance on behalf of All Plaintiffs (SACHSE, WILL) *FILED IN ERROR BY INCORRECT ATTORNEY; WITHDRAWING ATTORNEY TO RE-FILE* Modified on 1/29/2024 (lisad, ). (Entered: 01/26/2024) |
| 01/30/2024 | 199 | NOTICE of Withdrawal of Appearance by BENJAMIN R. BARNETT on behalf of All Plaintiffs (BARNETT, BENJAMIN) (Entered: 01/30/2024) |
| 02/01/2024 | 200 | NOTICE of Withdrawal of Appearance by MARY H. KIM on behalf of All Plaintiffs (KIM, MARY) (Entered: 02/01/2024) |
| 02/08/2024 | 201 | NOTICE of Withdrawal of Appearance by DANIELLE B. ROSENTHAL on behalf of BLANCHE CARNEY, CITY OF PHILADELPHIA(ROSENTHAL, DANIELLE) (Entered: 02/08/2024) |
| 02/22/2024 | 202 | MOTION FOR COPY OF FULL DOCKET AND REISSUE OF NOTICES, filed by RALPH W. MCCLAIN..(sg) (Main Document 202 replaced on 2/26/2024) (lisad, ). (Entered: 02/23/2024) |
| 03/01/2024 | 203 | NOTICE of Withdrawal of Appearance by DIANA P. CORTES on behalf of BLANCHE CARNEY, CITY OF PHILADELPHIA(CORTES, DIANA) (Entered: 03/01/2024) |
| 03/29/2024 | 204 | MONITORS FOURTH REPORT by CATHLEEN BELTZ. (Attachments: # 1 COVER SHEET)(rf, ) (Main Document 204 replaced on 3/29/2024) (rf, ). (Attachment 1 replaced on 3/29/2024) (rf, ). MONITORS FOURTH REPORT by CATHLEEN BELTZ. (Attachments: # 1 COVER SHEET)(rf, ) (Main Document 204 replaced on 3/29/2024) (rf, ). (Attachment 1 replaced on 3/29/2024) (rf, ). (Entered: 03/29/2024) |

| Date | Doc # | Description |
|---|---|---|
| 04/08/2024 | 205 | MOTION for Contempt filed by THOMAS REMICK..(LIN, SUSAN) (Entered: 04/08/2024) |
| 04/09/2024 | 206 | ORDERED THAT THE ORDER OF JULY 12, 2022 (ECF 176) IS HEREBY MODIFIED AS FOLLOWS: THE CLERK OF COURT IS REQUESTED TO MAINTAIN THIS CASE IN OPEN STATUS.. SIGNED BY DISTRICT JUDGE GERALD A. MCHUGH ON 4/9/2024. 4/9/2024 ENTERED AND COPIES E-MAILED.(sg) (Entered: 04/09/2024) |
| 04/15/2024 | 207 | STIPULATION AND ORDER THAT THE CITY'S RESPONSE DEADLINE TO THE MOTION FOR CONTEMPT BE EXTENDED TO ON OR BEFORE 5/6/2024. SIGNED BY DISTRICT JUDGE GERALD A. MCHUGH ON 4/15/2024. 4/16/2024 ENTERED AND COPIES E-MAILED.(sg) (Entered: 04/16/2024) |
| 05/06/2024 | 208 | RESPONSE in Opposition re 205 MOTION for Contempt *with Certificate of Service* filed by CITY OF PHILADELPHIA. (Attachments: # 1 Exhibit A-C in Support of Response in Opposition)(TAYLOR, ANNE) (Entered: 05/06/2024) |
| 05/24/2024 | 209 | REPLY to Response to Motion re 205 MOTION for Contempt filed by THOMAS REMICK. (HARRIS, GRACE) (Entered: 05/24/2024) |
| 06/12/2024 | 210 | ORDERED THAT ARGUMENT ON THE MOTION FOR CONTEMPT IS SCHEDULED FOR WEDNESDAY, JUNE 26, 2024, AT 10:00 A.M. ARGUMENT WILL BE HEARD IN COURTROOM 9-B OF THE UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PA. SIGNED BY DISTRICT JUDGE GERALD A. MCHUGH ON 6/12/2024. 6/12/2024 ENTERED AND COPIES E-MAILED.(sg) (Entered: 06/12/2024) |
| 06/14/2024 | 211 | ORDERED THAT ORAL ARGUMENT ON THE MOTION FOR CONTEMPT PREVIOUSLY SCHEDULED FOR JUNE 26, 2024 HAS BEEN RESCHEDULED FOR THURSDAY, JUNE 27, 2024, AT 3:00 P.M. ARGUMENT WILL BE HEARD IN COURTROOM 9-B OF THE UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PA.. SIGNED BY DISTRICT JUDGE GERALD A. MCHUGH ON 6/14/2024. 6/14/2024 ENTERED AND COPIES E-MAILED.(sg) (Entered: 06/14/2024) |
| 06/14/2024 |  | Set/Reset Deadlines as to 205 MOTION for Contempt . MOTION HEARING SET FOR 6/27/2024 03:00 PM IN Courtroom 9B BEFORE DISTRICT JUDGE GERALD A. MCHUGH. (sg) (Entered: 06/14/2024) |
| 06/25/2024 | 212 | ORDERED THAT THE COMMISSIONER OF THE PHILADELPHIA DEPARTMENT OF PRISONS, OR HIS DESIGNEES ON DUTY, SHALL GRANT ACCESS TO THE UNDERSIGNED TO ALL RELEVANT FACILITIES COVERED BY THIS COURTS PRIOR ORDERS, DURING THE INSPECTION OF THE MONITORING TEAM ON JUNE 26, 2024.. SIGNED BY DISTRICT JUDGE GERALD A. MCHUGH ON 6/25/2024. 6/26/2024 ENTERED AND COPIES E-MAILED.(sg) (Entered: 06/26/2024) |
| 06/26/2024 | 213 | ORDERED THAT ORAL ARGUMENT ON THE PENDING MOTION FOR CONTEMPT SCHEDULED TO BE HELD ON THURSDAY, JUNE 27, 2024, AT 3:00 P.M. WILL BE HEARD IN THE CEREMONIAL COURTROOM OF THE UNITED STATES COURTHOUSE. THE CEREMONIAL COURTROOM IS LOCATED IN THE CONCOURSE BETWEEN THE JAMES A. BYRNE U.S. COURTHOUSE AND THE WILLIAM J. GREEN JR. FEDERAL BUILDING. SIGNED BY DISTRICT JUDGE GERALD A. MCHUGH ON 6/26/2024. 6/27/2024 ENTERED AND COPIES E-MAILED.(sg) (Entered: 06/27/2024) |

| Date | Doc # | Description |
|---|---|---|
| 06/28/2024 | 214 🔒 | Minute Entry for proceedings held before DISTRICT JUDGE GERALD A. MCHUGH ORAL ARGUMENT held on 6/27/24 re 205 MOTION for Contempt filed by THOMAS REMICK Court Reporter: ESR. (JL) (Entered: 06/28/2024) |
| 07/01/2024 | 215 | ORDERED THAT AN EVIDENTIARY HEARING IS SCHEDULED FOR THURSDAY, JULY 11, 2024, AT 10:00 A.M. THE HEARING WILL BE HELD IN COURTROOM 9-B OF THE UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PA.. SIGNED BY DISTRICT JUDGE GERALD A. MCHUGH ON 7/1/2024. 7/1/2024 ENTERED AND COPIES E-MAILED.(sg) (Entered: 07/01/2024) |
| 07/09/2024 | 216 | AFFIDAVIT re 208 Response in Opposition to Motion by CITY OF PHILADELPHIA. (Attachments: # 1 Exhibit A_Budget Summary, # 2 Exhibit B_FY2125, # 3 Exhibit C_FY2226, # 4 Exhibit D_FY2327, # 5 Exhibit E_FY2428, # 6 Exhibit F_FY2529, # 7 Exhibit G_Salary Comps, # 8 Exhibit H_Arb Award, # 9 Exhibit I_Campaign Summary, # 10 Exhibit J_Release Tables) (TAYLOR, ANNE) (Entered: 07/09/2024) |
| 07/10/2024 | 217 🔓 | TRANSCRIPT of ORAL ARGUMENT held on 6/27/2024, before Judge GERALD A. MCHUGH. Court Reporter/Transcriber Associated Reporters Intl., Inc.. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 7/31/2024. Redacted Transcript Deadline set for 8/12/2024. Release of Transcript Restriction set for 10/8/2024. (sg) (Entered: 07/10/2024) |
| 07/10/2024 | 218 | Notice of Filing of Official Transcript with Certificate of Service re 217 Transcript - PDF,, 7/10/2024 Entered and Copies Emailed. (sg) (Entered: 07/10/2024) |
| 07/11/2024 | 219 🔒 | Minute Entry for proceedings held before DISTRICT JUDGE GERALD A. MCHUGH Evidentiary Hearing held on 07/11/2024. (nd) (Entered: 07/12/2024) |
| 07/12/2024 | 220 | ORDERED THAT PLAINTIFFS MOTION FOR CONTEMPT (ECF 205) IS GRANTED. THE COURT FINDS DEFENDANTS IN CONTEMPT OF ITS ORDER OF JULY 12, 2022 (ECF 176), APPROVING THE PARTIES JOINT SETTLEMENT AGREEMENT (ECF 173). AS OUTLINED HEREIN. SIGNED BY DISTRICT JUDGE GERALD A. MCHUGH ON 7/12/2024.7/12/2024 ENTERED AND COPIES E-MAILED.(sg) (Entered: 07/12/2024) |
| 08/09/2024 | 221 | Letter dated 7/28/2024 by RALPH W. MCCLAIN, JR (sg) (Entered: 08/09/2024) |
| 08/16/2024 | 222 | ORDER REGARDING 1. RECRUITMENT, STAFFING, AND HIRING, 2. HEALTHCARE ACCESS, 3. PROGRAMMING AND SERVICES FOR CLASS MEMBERS, 4. FACILITY MAINTENANCE, 5. FACILITY SECURITY, 6. POPULATION MANAGEMENT, 7. REMEDY, AND 8. COMPLIANCE WITH THIS ORDER AND THE SETTLEMENT AGREEMENT, AS THEY ARE OUTLINED HEREIN SIGNED BY DISTRICT JUDGE GERALD A. MCHUGH ON 8/16/24. 8/16/24 ENTERED & E-MAILED.(fdc) Modified on 8/23/2024 (lisad, ). (Entered: 08/16/2024) |
| 09/09/2024 | 223 | ORDERED THAT PLAINTIFF'S MOTION FOR COPY OF FULL DOCKET AND REISSUE OF NOTICES IS DENIED AS MOOT. SIGNED BY DISTRICT JUDGE GERALD A. MCHUGH ON 9/9/2024.9/9/2024 ENTERED AND COPIES E-MAILED.(sg) (Entered: 09/09/2024) |

| | | |
|---|---|---|
| 09/30/2024 | 224 | MONITORS FIFTH REPORT BY CATHLEEN BELTZ. (Attachments: # 1 Cover Page)(dt) Modified on 10/1/2024 (dt). Modified on 10/1/2024 (dt). (Entered: 10/01/2024) |
| 10/15/2024 | 225 | ORDERED TO DISBURSE FROM THE REGISTRY OF THE COURT THE SUM OF $25 MILLION DOLLARS, PAYABLE TO THE CITY OF PHILADELPHIA FOR FURTHER CREDIT TO THE CITY OF PHILADELPHIA GRANTS FUND, TO BE USED BY THE CITY IN ACCORDANCE WITH THIS COURTS ORDER OF AUGUST 16, 2024. SIGNED BY DISTRICT JUDGE GERALD A. MCHUGH ON 10/15/2024. 10/15/2024 ENTERED AND COPIES E-MAILED. EMAILED TO FISCAL DEPARTMENT. (sg) (Entered: 10/15/2024) |