**Name:**

Cathleen Beltz

**Email Address:**

cbeltz@beltzlawpc.com

**Phone Number**

4153509688

**Are you filing a new case?**

No, I'm not filing a new case.

**Case Caption**

Thomas Remick, et al. v. City of Philadelphia, et al.

**Case Number**

2:20-cv-01959-GAM

**Description of Document(s)**

Monitor's Sixth Report

**Terms of Submission**

Yes

**Do you have a mailing address?**

Yes

**Mailing Address Line 1**

4281 Via Arbolada

**City:**

Los Angeles

**State:**

California

**Zip Code:**

90042

Show empty values