&lt;1/4&gt;    &lt;H/S&gt;

Enclosures:
① * be filed in #20-cv-1959
② to be filed in #19-cv-5148
③ to be filed in #22-cv-1726

Ralph W. McClain, Jr.
#814451
P.I.C.C.
8301 State Road
Phila., PA 19136

May 31, 2025

RECEIVED JUN -5 2025

George Wylesol, Clerk of Court
United States District Court
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

   Re: Pauper Pro Se Prisoner Ralph McClain Jr.

Dear Mr. Wylesol;
   I am a pro se prisoner civil litigant in your court who has been having extreme incoming mail delivery problems, with receiving mail to me from your court, since I transferred from the Pa. Dept. of Corrections to Philly's Department of Prisons ("PDP") system 2 years ago.
   Not only have they not been delivering to me %98% of my incoming mail, but I also lost all my records of my cases in your court that I transferred to the

PDP with 2 years ago: It amounted to 5 records center boxes, and I lost it at the hands of officers who I simply am claiming stole it all because they took it from me, almost a year ago, and have been claiming to not know where it went for months now.

I believe that I will start getting my mail from your court now. A few days ago Major Brooker, here at PICC, told me that my "legal mail" issues had been discussed in a meeting with the Prisons Commissioner and it was decided I was to be allowed to get "certain" legal mail. Though when I asked him what exactly "certain mail" included, he didn't answer me. The last thing I received from your court was "Response to Status Request" letters with docket sheets for my various cases filed in your courthouse: It was post marked 3-14-25 and I received it, by chance, on 4-3-25. Also, recently, I got a 2nd article of legal mail when, on 5-25-25, I received a 3-27-25 post marked mail from the Pa. Attorney General's Office in Pittsburgh.

So I am trying to get filings I need from my cases in your court so I

can continue my pro se civil litigation prosecution. Please note that I am in forma pauperis and struggle with getting money from family and friends, as of late.
Here are the cases and what I need:
1) <u>McClain v. Shaylor</u>, #19-5148:
   Complaint and full docket sheet, and [ECF] documents #s 107, 109, 112, 117-123, 125-134, 136-146, and anything filed after #146.
2) <u>McClain v. Hilty</u>, #22-1728:
   Complaint and full docket sheet, and [ECF] documents #s 2, 5, 7-8, 10-12, 14, 19-24, 26-32, 34-52, and anything filed after #52.
3) <u>McClain v. Hawkins</u>, #23-4012:
   Complaint and docket sheet, and [ECF] documents #s 1, and 4-17.
4) <u>McClain v. Ruiz</u>, #24-4704:
   Complaint and docket sheet, and [ECF] documents #s 1-8.
5) <u>Remick v. City of Phila.</u>, #20-1959:
   Complaint and full docket sheet, and [ECF] documents #s 196-201, 203-213, 215-218, and 221-225.
6) <u>McClain v. Timberman</u>, #17-1304:
   Complaint, docket sheet and [ECF] documents #s 1, 3, ~~6-7~~ and 10-12.
7) <u>McClain v. Timberman</u>, #17-5839:
   Complaint, docket sheet and [ECF] documents

<4/4>

#5 1, and 4-7.

Thank you for your attention to my concern.

Yours truly,

Ralph W. McClain, Jr
Pro se Prisoner Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS REMICK, et al., | CIVIL ACTION |
| Plaintiffs | |
| v. | #20-1959 |
| CITY OF PHILADELPHIA | |
| and BLANCHE CARNEY, | |
| Defendants | |

## LETTER FROM CLASS MEMBER REQUEST FOR CASE RECORDS

I, Ralph W. McClain Jr., am a Class Member in this case. It was previously established by Orders attributed to Judge Karen Simmons that all of my PDP mail be stopped.

As of late, on 5-29-25 Deputy Warden Brooker informed me that the PDP Commissioners Office reviewed my complaints about my legal mail and that I am now supposed to receive delivery of "certain" legal mail.

Because I am accustomed to problems

-1-

with prison officials and litigating civil actions of 42 USC §1983 against prison officials, I have tryed to benefit from this Class Action since I became a PDP prisoner 2 year ago.

Because I have no information records of exactly what is now going on with this Class Action, and my being denied assistance by Class Counselors, I ask that these records from the case be provided to me by the Court's Clerk's Office:

Complaint and full docket sheet and [ECF] documents #s 196-201, 203-213, 215-218, 221-225, and anything filed after #225.

Respectfully submitted

Ralph W. McClain, Jr.
#814451, P.I.C.C.
8301 State Road
Phila., PA 19136

Date: 6-1-25

-2-



Ralph W. McClain, Jr.
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 814451

George Wylesol, Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

@K3qw, NEPhilly @~~$~~N$.com @XXNX.com
$10,000,000.00 ("in Bands Needed")

@Delilah's Den
@30th Anniversary
@After Party
@AwardWinning Whore BlackNWhite
@SnowBunnies.com