Ralph W. McClain, Jr.
#814451, CFCF
7901 State Road
Phila., PA 19136

June 28, 2025

George Wylesol, Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1707

    Re: <u>Remick v. City of Phila., #20-cv-1959</u>

Dear Mr. Wylesol:

    Please file my enclosed "Class Member Letter to Court" in the above civil action.

    Thank you!

             Yours truly,

             Ralph W. McClain, Jr.
             Class Member Plaintiff-Pro Se

Enclosure(1)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS REMICK, et al.,       : CIVIL ACTION.
         Plaintiffs          :
      v.                     : #20-1959
CITY OF PHILADELPHIA, et al.,:
         Defendants.         :

CLASS MEMBER LETTER TO COURT

My name is Ralph W. McClain, Jr., and I have been a class member in this action since being transfered from the Pennsylvania Department of Corrections (DOC) to the Philadelphia Department of Prisons (PDP) on 5-10-23.

I have suffered irreparable injuries due to non-compliances with the Consent Decree in this case by Defendants over the last 24 months. If you review the docket filings over that time, I am the only class member who has filed anything in the case seeking for protections from the prison officials by contempt proceedings for remedy and

(1)

relief for injuries.

Dispite this, Class Counselors have been refusing to interview me at the prison or assist me over the last 20 months. In fact, it is my belief that Class Counselors, who attend regularly scheduled meetings with City Prison officials, have aided the Defendants in violating my constitutional rights by knowing that I've been being denied the benefits of the Consent Decree, to the level of constitutional violations and failing to do anything to help me.

I have been being denied mental health and medical treatment for the last 2 years in the PDP. Though I've managed to get other prisoners to send civil complaint filings to the Federal Court for me, to try and gain protections for my health and safety, I have been unable to litigate them because prison officials have been holding all of my incoming mail for 2 years; out of maybe 30 articles of mail I should have received from the Courts in the

(2)

last 22 months, I only received 4 items.
I have no way to get money either;
because, the work I have been doing
for years for money has been prisoners
rights lawsuits litigation. I was due to
settle, or soon go to arbitration in a
civil rights lawsuits in May of 2023
when I transferred from the DOC to
the PDP. Mainly because of this,
City and Commonwealth/State Officials
colluded to keep me from getting paid
(so I'd stay indigent and unable to pay
attorneys of choice to help me fight them
in court), while taking measures to insure
I don't get out of jail, including: 1)
stopping all of my mail and phone calls so
I can't maintain outside support; 2)
having me moved to the most problema-
tic unit in PDP jails on solitary con-
finement and provoking me daily with
abuses; 3) ignoring all of my dozens of
written grievance complaints; 4) denying me
effective assistance of counsel; 5) holding
my trial up for years, saying that I am
"incompetent," while not transfering me
to the State Hospital; 6) denying me my

(3)

right to represent myself; 7) seizing/stealing all of my records for my cases; 8) denying me access to the prison law libraries.

I write this letter, in part, because I fear I will die on State Road due to how I've been being treated over the last 2 years.

Respectfully submitted,

Ralph W. McClain, Jr.
Class Member Plaintiff
#814451
CFCF
7901 State Road
Phila., PA 19136

Date: 6-23-25

(4)



Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 963653
Akh Jones

RECEIVED
JUL - 7 2025

*Privileged ~ Legal Mail~

PHILADELPHIA PA 190
1 JUL 2025    PM 5 L

George Wylesol, Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1707

FOREVER / USA

