**Pro Se Electronic Filing**

Name:

Cathleen Beltz

Email Address:

Cbeltz@beltzlawpc.com

Phone Number

(415) 350-9688

Are you filing a new case?

No, I'm not filing a new case.

Case Caption

Thomas Remick, et al. v. City of Philadelphia, et al.

Case Number

2:20-cv-01959-GAM

Description of Document(s)

Monitor's Seventh Report

Do you have a mailing address?

Yes

Mailing Address Line 1

4281 Via Arbolada

City:

Los Angeles

State:

California

Zip Code:

90042

Terms of Submission

Yes

Show empty values