⟨1/2⟩

Ralph W. McClain, Jr.
#814451, CFCF
7901 State Road
Phila., PA 19136

November 29, 2025

George Wylesol, Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street, Rm. 2609
Philadelphia, PA 19106

Dear Mr. Wylesol:
     Enclosed is Motions for Enlargement of
Time for filing in case #s 23-4042 and 24-4704.
     I am also requesting copies of these
documents from these cases of mines:
     1) McClain v. Lazar #08-4637: Docs. #s 6,
9-12 and 16-27.
     2) McClain v. Golden #08-1347: Docs. #s 24-32,
34-37, 40-44, 46-55 and 57-63.
     3) McClain v. Klopotoski #10-7241: Docs. #s
1, 12-31, 33 and 35.
     4) McClain v. Timberman #17-1304: Docs. #s
1-4, 6-14 and 16.
     5) McClain v. Timberman #17-5839: Docs #s
1 and 3-7.

〈2/3〉

6) McClain v. Alveriaz #07-5551: Docs. #s 37-39, 45, 47, 50-61, 63, 65, 67-68, 70, and 72-74.

7) McClain v. Armstrong #06-4954: Docs. #s 1, 28-29, 33-36, 38-41, 43-47, 49-56, 60-63 and 66-69.

8) McClain v. Schirson #95-7923: Docs. #s 1-3.

9) McClain v. Schirson #96-0091: Docs. #s 1-3.

10) McClain v. Murry #08-2940: Docs. #s 7-11.

11) Early and McClain v. Corizon #18-0556: Docs. #s 1, 3, 5 and 6.

12). Remick v. City #20-1959: Full docket sheet and Docs. #s 217 and 221.

Thank you for your work for the United States of America.

Yours truly

Ralph W. McClain, Jr
Plaintiff - Pro se

Enclosures (2)

1) Motion for Enlargement of Time for McClain v. Hawkins #23-4012

2) Motion for Enlargement of Time for McClain v. Ruiz #24-4704

RALPH MCCLAIN
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 814451

COURT Legal Mail

PHILADELPHIA PA 190

11 DEC 2025 PM 8 L

George Wylaso, Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market St., Rm. 2609
Philadelphia, PA 19106

RECEIVED
DEC 15 2025

19101-17569909