IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

George Wylesol
CLERK OF COURT
215-597-7704

2609 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106

12/17/2025

RALPH WILLIAM MCCLAIN, JR.
# 814451
Curran-Fromhold Correctional Facility
7901 State Road
Philadelphia, PA 19136

Re: Request for Documents; 20-CV-1959

We received your request for **documents and Docket Sheet** in the above-mentioned case. The fee for the documents you requested is **$14.80**. The only persons or agencies that receive documents or services for free of charge are federal employees and federal agencies that are under the judiciary branch. We cannot mail the documents until the fee is received. Pro Se and Motion to Proceed in Forma Pauperis filers are also required to pay the fee, unless there is a specific order from the judge. The cost for copy work is *$0.10 per page* and Certified copy work is *$12.00 per document plus the cost of copy work.*

Please make your check payable to **"Clerk, U.S. District Court"** and mail to the address above.

**Please send this letter with your payment. Thank you**

Sincerely,

Patrick McLaughlin
Correspondence Clerk