**Name:**

**Cathleen Beltz**

**Email Address:**

**Cbeltz@beltzlawpc.com**

**Phone Number**

**(415) 350-9688**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**Thomas Remick, et al., on behalf of Themselves and all others similarly situated, v. City of Philadelphia; and Michael Resnick, in his official capacity as Commissioner of Prisons**

**Case Number**

**2:20-cv-01959-GAM**

**Description of Document(s)**

**Monitor's Eighth Report**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**4281 Via Arbolada**

**City:**

**Los Angeles**

**State:**

**California**

**Zip Code:**

**90042**

**Terms of Submission**

**Yes**

Show empty values