Ralph W. McClain, Jr.
#814451, CFCF
7901 State Road.
Phila., PA 19136
<free814451@gmail.com>

29 March 2026

Ms. Ashley, Docket Clerk
United States District Court
Eastern District of Pennsylvania,
601 Market St.
Phila., PA 19106

Dear Ms. Ashley:

Please make sure my 2 motions enclosed are filed in the cases reflected on eaches caption.

I also never received a copy of the 2/25/26 order denying my Motion for Evidentiary Hearing in McClain v. Shaylor #19-5148. Please send me a copy of it. I was told it issued oye the phone. Please; I am unable to send any money.
Thanks!

Yours truly,

Ralph W. McClain, Jr.

Enclosures(2)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL RESNICK, et al., Plaintiff, v. CITY OF PHILADELPHIA and BLANCHE CARNEY, Defendants. | CIVIL ACTION #20-cv-1959 |

# ORDER

AND NOW, this ___ day of _____ 2026, upon consideration of Class member Mr. McClain's "Motion for Class Counsel Assistance of Neglected Special Needs Class Member" where Mr. McClain is a Class Member asserting that consent degree violations by defendants employees and agents has "injured him" physically, mentally and psychologically "and continue to harm him, the Motion is hereby GRANTED.

Class Counselor David Rudovsky and/or Susan Lin is hereby ORDER to meet with Mr. McClain within 15 days of this ORDER and address any and all injuries and potential injuries to Mr. McClain which violates and ORDER issued by this Court or the Consent Decree certified in this Class Action.

BY THE COURT:

_____
, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL REMICK, et al.,
          Plaintiff,

     v.

CITY OF PHILADELPHIA and
BLANCHE CARNEY,
          Defendants.

CIVIL ACTION

#20-cv-1959

## MOTION FOR CLASS COUNSEL ASSISTANCE OF NEGLECTED SPECIAL NEEDS CLASS MEMBER

TO THE HONORABLE JUDGE:

I, Ralph W. McClain, Jr., am now a class member in this action for 37 months.

I am asking that the Class Counselors be ordered to interview me and that take action on my behalf through this class action forum for the violations of the consent decree and orders of this court by the defendants and employees and agents of the defendants that has specifically injured me physically, mentally and psychologically and continue to impinge upon my health, safety and well being as a PDP detainee and class member of this class action.

I am tired of suffering and fighting the best I can by myself only for other people to benefit from my blood, sweat and tears, up to the point of luxury and riches, while I continue to suffer, neglected, ignored and hated.

WHEREFORE, Class member Mr. McClain seeks an order for Class Counsel David Rudovsky or Class Counsel Susan Lin to meet with him and attend to his class member special needs.

Respectfully submitted

Ralph W. McClain Jr.
Class Member (PP# 874451)

Date: 5/29/26

Case 2:20-cv-01959-GAM   Document 235   Filed 06/09/26   Page 4 of 5

RALPH McGUIRE WASHINGTON (COURT LEGALMAIL)

Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN free84451@gmail.com

Cost. #5,000
IG: @BestPussyNYC
BLACKFARTX-RAY
USMS
EASTCOAST
PHILLYGANGSTAS

6103 521830181

Ms. Ashley, Docket Clerk
United States District Court
Eastern District of Pennsylvania
601 Market St.    Rm. 2609
Phila., PA    RECEIVED

JUN 09 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

USA FOREVER

