**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS REMICK, ET AL.,** | : | |
| | : | **CIVIL ACTION NO. 20-1959** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |

**ORDER**

This 23rd day of September, 2026, it is hereby **ORDERED** that Ralph McClain's Motion for Class Counsel Assistance, ECF 235, is **DENIED**. As a class member Mr. McClain is not entitled to the individual representation sought in his motion.

/s/ Gerald Austin McHugh
United States District Judge